Jeffrey E. Jacobson (JEJ 1199)
Bruce E. Colfin (BEC 5815)
Jacobson & Colfin, P.C.
60 Madison Avenue, Suite 1026
New York, NY 10010
(212) 691-5630
Attorneys for Plaintiff
BROOKLYN BOTTLING OF MILTON,
NEW YORK, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
BROOKLYN BOTTLING OF MILTON,   :
NEW YORK, INC.,                :   Index No. 07 CIV 8483
        Plaintiff,   :
                               :
                               :   RULE 7.1 STATEMENT
   -against-                  :
                               :
ECUABEVERAGE, CORP.            :
        Defendant.   :
-------------------------------------------------------X

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Brooklyn Bottling of Milton, New York, Inc., certifies that plaintiff has no corporate parent, and that no publicly held corporation owns 10% or more of any stock in plaintiff, Brooklyn Bottling of Milton, New York, Inc.,

Dated: October 1, 2007
     New York, NY                  JACOBSON & COLFIN, P.C.

                                      By:___/Jeffrey E. Jacobson/_____
                                      Jeffrey E. Jacobson (JEJ 1199)
                                      Bruce E. Colfin (BEC 5815)
                                      Attorneys for Plaintiff
                                      Brooklyn Bottling of Milton, New York, Inc.
                                      60 Madison Avenue, #1026
                                      New York, NY 10010
                                      Tel. (212) 691-5630

CLI/lit/brookbottrule71