

**AGENCY AFFIDAVIT**
**ESSENTIAL SERVICES GROUP**
555 EIGHTH AVE., SUITE 1901
NEW YORK, N.Y. 10018
TEL.#212-760-2300, FAX#212-760-00188

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BROOKLYN BOTTLING OF MILTON, NEW YORK

VS.　　　　　　　INDEX#07CIV 8483

ECUABEVERAGE, CORP.

State of New York, County of New York, SS:

JACK JOHNSON, being duly sworn deposes and says that deponent is over the age of eighteen years, is not a party to this action and is a resident of New York State.
On OCTOBER 16/07 AT 3:15P.M. at:
**541 BARRETO STREET**
**BRONX, NY 10474-6724** Deponent served the annexed:
**SUMMONS IN A CIVIL ACTION;**
**COMPLAINT;**
**INDIVIDUAL RULES OF THE HONORABLE ALVIN K. HELLERSTEIN;**
**INDIVIDUAL PRACTICES OF JUDGE FRANCIS;**
**RULE 7.1 STATEMENT**

on **ECUABEVERAGE, CORP**
by delivering thereat a true copy to LIZBETH CERVANTES (SECRETARY)

personally; who represented to deponent that (s)he was authorized to accept service of process on behalf of ECUABEVERAGE, CORP.

Deponent describes the individual served as follows:
Sex/Race(skin color): BROWN/HISPANIC
Hair/ Approximate Age: BLACK/20-25 YRS.
Approximate height/Approximate weight: 5'2"/135 LBS.

398/
PS10-07-45
sworn to before me this
17 day - of October/07

Jack Johnson
Process Licens
# 1181702