UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| BROOKLYN BOTTLING OF MILTON, NEW YORK, INC. | : |
| | : |
| Plaintiff, | : |
| | :     Civil Action No. |
| -v.- | : |
| | :     07-CV-08483-AKH |
| ECUABEVERAGE CORPORATION, | : |
| | : |
| Defendant, | : |
| | : |

---

## CORPORATE DISCLOSURE STATEMENT, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Defendant Ecuabeverage Corporation ("Ecuabeverage"), by and through its attorney, hereby states that it is a privately-held corporation and that there is no parent corporation or any publicly-held corporation that owns 10% of more of its stock.

                                                               Respectfully submitted,

                                                               ECUABEVERAGE CORPORATION

Dated: November 5, 2007                      By _[signature]_
                                                               Edwin D. Schindler (ES-7882)
                                                               *Attorney for Defendant*
                                                               Five Hirsch Avenue
                                                               P. O. Box 966
                                                               Coram, New York 11727-0966

                                                               *Telephone*: (631)474-5373
                                                               *Fax*: (631)474-5374
                                                               *E-Mail*: EDSchindler@worldnet.att.net
                                                                             EDSchindler@optonline.net

## CERTIFICATE OF SERVICE

I, EDWIN D. SCHINDLER, hereby certify that I served a true, and complete, copy of Defendant Ecuabeverage Corporation's *Corporate Disclosure Statement, Pursuant to Federal Rule of Civil Procedure 7.1* upon the following counsel for Plaintiff Brooklyn Bottling of Milton, New York, Inc., via First-Class Mail, postage pre-paid:

>Jeffrey E. Jacobson
>Bruce E. Colfin
>JACOBSON & COLFIN, P.C.
>60 Madison Avenue, Suite 1026
>New York, New York  10010

on November 5, 2007.

>_____
>Edwin D. Schindler (ES-7882)
>*Attorney for Defendant*