UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| **BROOKLYN BOTTLING OF MILTON, NEW YORK, INC.** : | |
| : | |
| Plaintiff, : | |
| : | **Civil Action No.** |
| -v.- : | |
| : | **07-CV-08483-AKH** |
| **ECUABEVERAGE CORPORATION,** : | |
| : | |
| Defendant, : | |
| : | |

---

### DEFENDANT ECUABEVERAGE CORPORATION'S NOTICE OF MOTION AND MOTION TO DISMISS COUNTS I AND II FOR LACK OF STANDING, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)

PLEASE TAKE NOTICE that Defendant Ecuabeverage Corporation ("Ecuabeverage"), pursuant to Fed.R.Civ.P. 12(b)(6), will move, and hereby does move, for an *Order* dismissing Counts I and II of the *Complaint* for failure to state a claim upon which relief can be granted, on the ground that Plaintiff Brooklyn Bottling of Milton, New York, Inc. ("Brooklyn Bottling") is not the "registrant" of U.S. Trademark Registration No. 1,474,395, as defined by §45 of the Lanham Trademark Act, 15 U.S.C. §1127, and therefore lacks standing to bring the trademark infringement claims, pursuant to §32(1)

of the Lanham Trademark Act, 15 U.S.C. §1114(1), alleged in Counts I and II of the *Complaint*.

Respectfully submitted,

ECUABEVERAGE CORPORATION

Dated: November 5, 2007

By /s/ Edwin D. Schindler
Edwin D. Schindler (ES-7882)
*Attorney for Defendant*
Five Hirsch Avenue
P. O. Box 966
Coram, New York  11727-0966

*Telephone*: (631)474-5373
*Fax*: (631)474-5374
*E-Mail*: EDSchindler@worldnet.att.net
            EDSchindler@optonline.net

## CERTIFICATE OF SERVICE

I, EDWIN D. SCHINDLER, hereby certify that I served a true, and complete, copy of *Defendant Ecuabeverage Corporation's Motion to Dismiss Counts I and II for Lack of Standing, Pursuant to Federal Rule of Civil Procedure 12(b)(6)* upon the following counsel for Plaintiff Brooklyn Bottling of Milton, New York, Inc., via First-Class Mail, postage pre-paid:

>Jeffrey E. Jacobson
>Bruce E. Colfin
>JACOBSON & COLFIN, P.C.
>60 Madison Avenue, Suite 1026
>New York, New York  10010

on November 5, 2007.

*[signature]*
Edwin D. Schindler (ES-7882)
*Attorney for Defendant*