


EXHIBIT 1