Int. Cl.: 32

Prior U.S. Cl.: 45

**United States Patent and Trademark Office**    Reg. No. 1,474,395
Registered Jan. 26, 1988

## TRADEMARK
### PRINCIPAL REGISTER

## TROPICAL PURO SABOR NACIONAL

BANCO DEL PACIFICO S.A. (ECUADOR CORPORATION)
P. YCAZA 200
GUAYAQUIL, ECUADOR

FOR: SOFT DRINKS AND FLAVORED SYRUPS USED IN THE PREPARATION OF MAKING SOFT DRINKS, IN CLASS 32 (U.S. CL. 45).

FIRST USE 4-19-1966; IN COMMERCE 4-19-1966.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PURO SABOR", APART FROM THE MARK AS SHOWN.

THE ENGLISH TRANSLATION OF THE WORDS "PURO SABOR NACIONAL" MEANS "TRUE NATIONAL FLAVOR" OR "REAL NATIONAL FLAVOR".

SER. NO. 489,879, FILED 7-16-1984.

MARTIN MARKS, EXAMINING ATTORNEY

**EXHIBIT 3**