# Trademark Assignment Abstract of Title

**Total Assignments:** 2

**Serial #:** 73489879  **Filing Dt:** 07/16/1984  **Reg #:** 1474395  **Reg. Dt:** 01/26/1988
**Registrant:** BANCO DEL PACIFICO S.A.
**Mark:** TROPICAL PURO SABOR NACIONAL

**Assignment: 1**

**Reel/Frame:** 0615/0358  **Received:**  **Recorded:** 08/09/1988  **Pages:** 1
**Conveyance:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL
**Assignor:** BANCO DEL PACIFICO, S.A.
  **Exec Dt:** 07/15/1988
  **Entity Type:** UNKNOWN
  **Citizenship:** NONE
**Assignee:** BALORU INTERNATIONAL, INC.
  **Entity Type:** UNKNOWN
  **Citizenship:** NONE
**Correspondent:** VALDES-FAULI, COBB & PETREY
SUITE 3400 - ONE BISCAYNE TOWER
2 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131-1897

**Assignment: 2**

**Reel/Frame:** 3442/0298  **Received:** 12/12/2006  **Recorded:** 12/12/2006  **Pages:** 3
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** BALORU INTERNATIONAL INC.
  **Exec Dt:** 11/24/2006
  **Entity Type:** CORPORATION
  **Citizenship:** FLORIDA
**Assignee:** ROYAL SIGNATURE INC.
AVENIDA BALBOA, CENTRO COMERCIAL PLAZA PAITILLA
OFICINA 61 A, PRIMER ALTO
PANAMA, PANAMA
  **Entity Type:** CORPORATION
  **Citizenship:** PANAMA
**Correspondent:** LAUREL V. DINEFF
160 NORTH WACKER DRIVE
CHICAGO, IL 60606
**Domestic rep:** LAUREL V. DINEFF
160 NORTH WACKER DRIVE
CHICAGO, IL 60606

**EXHIBIT 4**