IN WITNESS WHEREOF, the parties have duly executed this Agreement in duplicate effective as of the day and year first above written.

| ROYAL SIGNATURE, INC. | BROOKLYN BOTTLING OF MILTON, NEW YORK, INC. |
|---|---|
| By: **Carlos F. Tama** | By: Eric S. Miller |
| Title: **General Manager** | Title: **President** |
| Date: | Date: 6/7/07 |

19