# SCHEDULE A

## BEVERAGES

Manufactured Beverages:

TROPICAL,
TROPICAL (ORANGE),
TROPICAL (LEMON),
MANZANA

As well as any other flavors or beverages introduced as line extensions of the Trademarks that the Company decides to sell in the Territories.

20