895
896
897                                              **SCHEDULE B**
898
899                                              <u>**TRADEMARKS**</u>
900
901
902
903  **TROPICAL, PURO SABOR NACIONAL (1) (2)**
904
905  **TROPICAL, FLAVOR MADE IN ECUADOR (1)**
906
907  **TROPICAL, SABOR HECHO EN ECUADOR (1)**
908
909  **TROPICAL, LA ORIGINAL DESDE 1952 (1)**
910
911
912  **MANZANA, PURO SABOR NACIONAL (1)**
913
914  **MANZANA, PORQUE ME DA LA GANA (1)**
915
916  **MANZANA, BECAUSE I LIKE IT (1)**
917
918  **MANZANA, LA ORIGINAL DESDE 1952 (1)**
919
920  **MANZANA, MANZANA DE LA MANZANA. (1)**
921
922  **SODAS TROPICALES (1)**
923
924  **1. Ecuador**
925
926  **2. U.S.A.**
927
928
929
930
931
932
933
934
935
936
937


21