# SCHEDULE C

## TERRITORIES

Exclusive
The territories for BROOKLYN BOTTLING OF MILTON, NEW YORK, Inc. will be all states east of the Mississippi River, in the United States of America, plus Louisiana and Minnesota.

Non-Exclusive
Ontario and Quebec, Canada
Puerto Rico
U.S. Virgin Islands

22