SCHEDULE D

II

PACKAGES AND LABELS

Labels:

For 10 oz. glass bottle

TROPICAL

