SCHEDULE D

III

**PACKAGES AND LABELS**

Labels:

For 10 oz. glass bottle

MANZANA