# SCHEDULE D

## IV

## PACKAGES AND LABELS

**Labels:**

For 12 oz. can

**TROPICAL**

