## PACKAGES AND LABELS

### Labels:

For 12 oz. can

**MANZANA**

