SCHEDULE D
1:07-cv-08483-AKH   Document 8-13   Filed 11/19/2007   Page VI

## PACKAGES AND LABELS

**Labels:**

For 2 liter PET bottle

**TROPICAL**

