# PACKAGES AND LABELS

**Labels:**

For 2 liter PET bottle

**MANZANA**

