# SCHEDULE D

# VIII

# PACKAGES AND LABELS

**Labels:**

For fridgepack

**TROPICAL**

