# SCHEDULE D

# IX

# PACKAGES AND LABELS

**Labels:**

For fridgepack

MANZANA

