UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
BROOKLYN BOTTLING OF MILTON,            :
NEW YORK, INC.,                         :    Index No.  07 CIV 8483 (AKH )
                Plaintiff,             :
                                       :    NOTICE OF MOTION
  -against-                             :    TO AMEND COMPLAINT
                                       :
ECUABEVERAGE, CORP.                     :
                Defendant.             :
--------------------------------------------------------X

S I R S :

    PLEASE TAKE NOTICE that upon the annexed affirmation of Jeffrey E. Jacobson, sworn to on the 26th day of February, 2008, and the exhibits attached thereto, Plaintiff Brooklyn Bottling of Milton, New York, Inc. will move this Court, on the 21st day of March, 2008 at 9:30 o'clock in the forenoon of that day, or as soon thereafter as counsel can be heard, before the Honorable Judge Hellerstein, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, for an Order, pursuant to Federal Rules of Civil

Procedure Rule 15, granting Plaintiff's motion to amend the complaint and for such other relief as this Court deems just and proper.

Dated:   New York, New York
         February 26, 2008

                             Respectfully submitted,

                             JACOBSON & COLFIN, P.C.


                             By: /Jeffrey E. Jacobson/

                             Jeffrey E. Jacobson (JEJ 1199)
                             Bruce E. Colfin (BEC 5815)
                             Attorneys for Plaintiff
                             Brooklyn Bottling of Milton, NY, Inc.
                             60 Madison Avenue, Suite 1026
                             New York, NY 10010
                             212-691-5630


To:  Edwin D. Schindler
     Attorney for Defendant
     5 Hirsch Avenue
     P.O. Box 966
     Coram, NY 11727-0966


ecuabeverage.notice