## ASSIGNMENT OF MARK

Whereas Royal Signature Inc., Assignor, located at Avenida Balboa, Centro Comercial Plaza Paitilla, Oficina 61A, Primo Alto, Panama, has adopted, used and is using a mark, TROPICAL PURO SABOR NACIONAL, registration no. 1474395; and

Whereas Brooklyn Bottling of Milton, NY, Inc., Assignee, of 1900 Linden Blvd., Brooklyn, NY 11207, is desirous of acquiring said mark and any right to registration thereof;

Now, therefore, for good and valuable consideration, receipt of which is hereby acknowledged, said Assignor does hereby assign unto the said Assignee all right, title and interest in and to the said mark, together with the good will of the business symbolized by the mark, and the right to register same.

Brooklyn Bottling of
Milton, New York, Inc.

_____ (L.S.)
Signature of Assignee
Eric. S. Miller, C.E.O.

Royal Signature Inc.

x _____ (L.S.)
Signature of Assignor
Name: CARLOS FRANCISCO TAMA
Title: President

State of New York )
                  ) ss.:
County of Kings   )

On this  11  day of  February , 2008, before me appeared Eric S. Miller, the person who signed this instrument, who acknowledged that he signed it as a free act.

_____
Notary Public

EDDY R. SALDANA
Notary Public, State of New York
No. 01SA6123798
Qualified in Queens County
Comission Expires March 14, 2009

State of _____ )
                         ) ss.:
County of _____ )

On this  06th  day of  FEBRUARY , 2008, before me appeared  CARLOS TAMA , the person who signed this instrument, who acknowledged that he signed it as a free act.

_____
Notary Public   GREGORY J. CAMPBELL
Vice Consul of the
United States of America

tm/cli/puro.ass

REPUBLIC OF ECUADOR
PROVINCE OF GUAYAS
CITY OF GUAYAQUIL
CONSULATE GENERAL OF THE
UNITED STATES OF AMERICA



### UNITED STATES PATENT AND TRADEMARK OFFICE

Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



*700360727A*

FEBRUARY 19, 2008

PTAS

JAZOBSON + LOLFIN, PC
JEFFREY & JAZOBSON
60 MADISON AVE, SUITE 1026
NEW YORK, NY 10010

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF
THE U.S. PATENT AND TRADEMARK OFFICE. A COMPLETE MICROFILM COPY IS
AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER
REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE. THE
INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA
PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM. IF YOU SHOULD
FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY
CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 571-272-3350.
PLEASE SEND REQUEST FOR CORRECTION TO: U.S. PATENT AND TRADEMARK OFFICE,
MAIL STOP: ASSIGNMENT SERVICES BRANCH, P.O. BOX 1450, ALEXANDRIA, VA 22313.

RECORDATION DATE: 02/15/2008        REEL/FRAME: 003721/0531
                                    NUMBER OF PAGES: 3

BRIEF: ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

ASSIGNOR:
    ROYAZ SIGNATURE INC.            DOC DATE: 02/11/2008
                                    CITIZENSHIP: FLORIDA
                                    ENTITY: CORPORATION

ASSIGNEE:
    BROOKLYN BOTTLING OF MILTON, NY,   CITIZENSHIP: NEW YORK
      INC.                             ENTITY: CORPORATION
    1900 LINDEN BLVD.
    BROOKLYN, NEW YORK 11207

APPLICATION NUMBER: 73489879        FILING DATE: 07/16/1984
REGISTRATION NUMBER: 1474395        ISSUE DATE: 01/26/1988

MARK: TROPICAL PURO SABOR NACIONAL
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

P.O. Box 1450, Alexandria, Virginia 22313-1450 - www.uspto.gov

02/15/2008
700360727

Form PTO-1594 (Rev. 07/05)
OMB Collection 0651-0027 (exp. 6/30/2008)

U.S. DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

## RECORDATION FORM COVER SHEET
## TRADEMARKS ONLY

To the Director of the U. S. Patent and Trademark Office: Please record the attached documents or the new address(es) below.

**1. Name of conveying party(ies):**

Royal Signature Inc.

- [ ] Individual(s)
- [ ] Association
- [ ] General Partnership
- [ ] Limited Partnership
- [x] Corporation- State: FL
- [ ] Other _____

Citizenship (see guidelines) PANAMA

Additional names of conveying parties attached? [ ] Yes [ ] No

**2. Name and address of receiving party(ies):**
Additional names, addresses, or citizenship attached? [ ] Yes [x] No

Name: Brooklyn Bottling of
Internal Address: Hilton, NY, Inc.
Street Address: 1900 Linden Blvd
City: Brooklyn
State: NY
Country: USA   Zip: 11207

- [ ] Association   Citizenship _____
- [ ] General Partnership   Citizenship _____
- [ ] Limited Partnership   Citizenship _____
- [x] Corporation   Citizenship NY
- [ ] Other _____   Citizenship USA

If assignee is not domiciled in the United States, a domestic representative designation is attached: [ ] Yes [ ] No
(Designations must be a separate document from assignment)

**3. Nature of conveyance )/Execution Date(s):**

Execution Date(s) 2/11/08

- [x] Assignment
- [ ] Merger
- [ ] Security Agreement
- [ ] Change of Name
- [ ] Other _____

**4. Application number(s) or registration number(s) and identification or description of the Trademark.**

A. Trademark Application No.(s)

7348 9879

B. Trademark Registration No.(s)

1474395

Additional sheet(s) attached? [ ] Yes [x] No

C. Identification or Description of Trademark(s) (and Filing Date if Application or Registration Number is unknown):

TROPICAL PURO SABOR NACIONAL

**5. Name & address of party to whom correspondence concerning document should be mailed:**

Name: Jacobson + Colfin PC
Internal Address: Jeffrey E Jacobson
Street Address: 60 Madison Ave, Suite 1026
City: New York
State: NY   Zip: 10010
Phone Number: 212 691 5630
Fax Number: 212 645 5038
Email Address: Jeffrey@thfirm.com

**6. Total number of applications and registrations involved:** 1

**7. Total fee (37 CFR 2.6(b)(6) & 3.41)** $40.00

- [x] Authorized to be charged by credit card
- [ ] Authorized to be charged to deposit account
- [ ] Enclosed

**8. Payment Information:**

a. Credit Card   Last 4 Numbers 8001
Expiration Date 08/10

b. Deposit Account Number _____
Authorized User Name Eric Miller

**9. Signature:** [signature]   Date 2/15/08

Name of Person Signing: Jeffrey E Jacobson

Total number of pages including cover sheet, attachments, and document: 2

Documents to be recorded (including cover sheet) should be faxed to (571) 273-0140, or mailed to:
Mail Stop Assignment Recordation Services, Director of the USPTO, P.O. Box 1450, Alexandria, VA 22313-1450

003721/0531 PAGE 2

SHARON LATIMER, EXAMINER
ASSIGNMENT SERVICES BRANCH
PUBLIC RECORDS DIVISION