UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| BROOKLYN BOTTLING OF MILTON, NEW YORK, INC. : : **Plaintiff,** : -v.- : ECUABEVERAGE CORPORATION, : **Defendant,** : : | **Civil Action No.** **07-CV-08483-AKH** |

---

### DEFENDANT ECUABEVERAGE CORPORATION'S NOTICE CONSENTING TO THE ENTRY OF PLAINTIFF BROOKLYN BOTTLING OF MILTON, NEW YORK, INC.'S AMENDED COMPLAINT, PURSUANT TO FED.R.CIV.P. 15(a)

Defendant Ecuabeverage Corporation ("Ecuabeverage"), for the reasons explained in its *Memorandum* supporting its concurrently-filed *Motion for Partial Summary Judgment on Counts I, II and VI of the Amended Complaint*, hereby consents to the entry of Plaintiff Brooklyn Bottling of Milton, New York, Inc.'s *Amended Complaint*, filed February 29, 2008.

Respectfully submitted,

ECUABEVERAGE CORPORATION

Dated: March 14, 2008         By _____
                              Edwin D. Schindler (ES-7882)
                              *Attorney for Defendant*
                              Five Hirsch Avenue
                              P. O. Box 966
                              Coram, New York 11727-0966
                              *Telephone*: (631)474-5373
                              *Fax*: (631)474-5374
                              *E-Mail*: EDSchindler@worldnet.att.net
                                       EDSchindler@optonline.net

## **CERTIFICATE OF SERVICE**

I, EDWIN D. SCHINDLER, hereby certify that I served a true, and complete, copy of *Defendant Ecuabeverage Corporation's Notice Consenting to the Entry of Plaintiff Brooklyn Bottling of Milton, New York, Inc.'s Amended Complaint, Pursuant to Fed.R.Civ.P. 15(a)*, upon the following counsel for Plaintiff Brooklyn Bottling of Milton, New York, Inc., via First-Class Mail, postage pre-paid:

Jeffrey E. Jacobson
Bruce E. Colfin
JACOBSON & COLFIN, P.C.
60 Madison Avenue, Suite 1026
New York, New York  10010

and

via E-Mail at:

jeffrey@thefirm.com

bruce@thefirm.com

on March 14, 2008.

Edwin D. Schindler (ES-7882)
*Attorney for Defendant*