## VALDÉS-FAULI, COBB & PETREY
### PROFESSIONAL ASSOCIATION
### ATTORNEYS AND COUNSELLORS

1400 AmeriFirst Building
One Southeast 3RD Avenue
Miami, Florida 33131
(305) 358-5550
Telex 681169 VALFA

THOMAS C. COBB
WILLIAM C. CRENSHAW
RONALD A. KRISS
RODERICK N. PETREY
RAÚL E. VALDÉS-FAULI
RAÚL J. VALDÉS-FAULI
CLEMENTE L. VÁZQUEZ-BELLO

OF COUNSEL
EARL B. HADLOW
THOMAS D. LUMPKIN

CAMILLE E. ACEVEDO
CHRISTINE M. ARGUELLO
ALCIDES I. ÁVILA
JANIS K. CHEEZEM
EUGENIO DUARTE
LINDA EBIN
THOMAS D. LUMPKIN, II
C. RICHARD MORGAN
JOAN T. RUSSELL
JOSÉ E. SIRVÉN
ROBERT S. TURK

July 13, 1984

Commissioner of Patent & Trademarks
Patent & Trademark Office
Washington, D.C. 20231

Re: Registration of the trademark
    "Tropical"

Gentlemen:

   We represent Banco del Pacifico S.A., an Ecuadorian banking association, and on its behalf, enclose an application for the registration of "Tropical" as a trademark on the principal register of the U.S. Patent and Trademark Office.

   We also enclose a check in the amount of $175.00 in payment of the appropriate filing fee for this registration.

   Please contact the undersigned if you have any questions or if you require any information with respect to this filing.

                                  Sincerely yours,

                                  /Alcides I. Avila/

AIA/ad
enc.

*Ecuabeverage Statement of Material Facts – Exhibit 2*



**TRADEMARK APPLICATION,**

**PRINCIPAL REGISTER,**

**WITH DECLARATION**

TO: THE COMMISSIONER OF PATENTS AND TRADEMARKS

RE: INITIAL REGISTRATION OF TRADEMARK

### PART I

1. Name of Applicant: /BANCO DEL PACIFICO S.A./
2. State or Country of Organization: Republic of Ecuador.
3. Form of Organization: Commercial Bank
4. Business Address: /P. Ycaza 200, Guayaquil, Republic of Ecuador./

### PART II

1. The mark to be registered is: TROPICAL.

    Class No.: International Class No. 32.

2. TROPICAL is the registered trademark of the Applicant in the Republic of Ecuador. The mark was first registered in Ecuador on April 19, 1966, and the registration remains in full force and effect. The Applicant acquired the mark, together with all rights and privileges pertaining thereto, at least as early as January 14, 1983. Accompanying this Application are certificates from the Ministry of Industries, Commerce and Integration, General Direction of Industrial Property Rights, with respect to the foregoing.

3. Applicant has adopted and is using the mark shown above and in the accompanying facsimiles for the following goods: Carbonated Beverages sold as soft drinks, and syrups and other preparations therefore.

    Applicant requests that said mark be registered in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946.

4. The mark was first used in connection with the described goods on or about April 19, 1966. The mark was first used in connection with the sale of goods in the foreign commerce

of the Republic of Ecuador on or about April 19, 1966, and is now in use in such commerce.

5. The mark is used by affixing it to the goods, labels attached to the goods, stationery, advertising signs and other promotional materials. Five specimens showing the mark as actually used are presented herewith.

### PART III
### ALCIDES I. AVILA

being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any registration resulting therefrom, declares that he is the Attorney-in-Fact of the Applicant, and is authorized to execute this instrument on behalf of the Applicant; he believes Applicant to be the owner of the mark sought to be registered; to the best of his knowledge and belief no other person, firm, corporation, or association has the right to use said mark in commerce, either in the identical form or in such near resemblance thereto as may be likely, when applied to the goods or services of such other person, to cause confusion, or to cause mistake, or to deceive; the facts set forth in this Application are true; and all statements made of his own knowledge are true and all statements made on information and belief are believed to be true.

BANCO DEL PACIFICO S.A.

By: _____
Alcides I. Avila,
Attorney-in-Fact

SWORN AND SUBSCRIBED before me this _13_ day of July, 1984.

_____
Notary Public
State of Florida at Large

My Commission Expires:    NOTARY PUBLIC STATE OF FLORIDA
                          MY COMMISSION EXPIRES JULY 12 1987
(Notary Seal)             BONDED THRU GENERAL INSURANCE UND.

-2-

JULY
16
1984

489879

H89879

INT. CL.
32

PRIOR US CL.
45

BANCO DEL PACIFICO S.A.
P. Ycaza 200
Guayaquil, Ecuador

Date of First Use:      On or about April 19, 1966.

Class:                  International Class No. 32 (Carbonated
                        Beverages sold as soft drinks and syrups
                        and other preparations therefore).

(Note:    Application is made only for the registration of
          "TROPICAL", not depicted in any special form)



TROPICAL PURO SABOR NACIONAL

REGISTERED
JAN 26 1988
PAT. & T.M. OFFIC.

1474395

PUBLISHED
NOV 3 1987