JULY 16 1984

489879

H89879


INT. CL. **32**
PRIOR US CL. **45**

BANCO DEL PACIFICO S.A.
P. Ycaza 200
Guayaquil, Ecuador

Date of First Use:   On or about April 19, 1966.

Class:   International Class No. 32 (Carbonated Beverages sold as soft drinks and syrups and other preparations therefore).

(Note:   Application is made only for the registration of "TROPICAL", not depicted in any special form)

TROPICAL
Cancel

TROPICAL PURO SABOR NACIONAL

REGISTERED
JAN 26 1988
PAT.&T.M.OFFIC.

1474395

PUBLISHED
NOV 3 1987