U.S. DEPARTMENT OF COMMERCE - Patent and Trademark Office

IN REPLY REFER TO THE FOLLOWING AND THE FILING DATE:

| SERIAL NO.            APPLICANT | Paper No. |
|---|---|
| 73/489879 BANCO DEL PACIFICO S.A. | |

| | |
|---|---|
| **MARK** | ADDRESS: |
| TROPICAL | Commissioner of Patents and |

| **ADDRESS** | **ACTION NO.** | Trademarks Washington, DC |
|---|---|---|
| VALDES-FAULI, COBB & PETREY 1400 AMERIFIRST BUILDING ONE SOUTHEAST 3RD AVENUE MIAMI, FLORIDA 33131 | 02 | 20231 |
| | **MAILING DATE** | The address of all correspondence |
| | 09/10/85 | not containing fee payments should include the word "Box 5." |

| FORM PTO-1525 (2-84)    U.S. DEPT. OF COMM. PAT. & TM OFFICE | |

Also furnish: (1) Serial number of application, (2) The mark, (3) Examining Attorney's name and Law Office number, (4) Mailing date of this action, and (5) Applicant's name (or applicant's attorney), telephone number and zip code.

A PROPER RESPONSE TO THIS OFFICE ACTION MUST BE RECEIVED WITHIN 6 MONTHS FROM THE DATE OF THIS ACTION IN ORDER TO AVOID ABANDONMENT.

---

Registration is refused because the mark, when applied to the applicant's goods, so resembles the mark(s) cited below as to be likely to cause confusion, or to cause mistake, or to deceive. (Section 2(d) of the Trademark Act, 15 U.S.C. 1052(d); TMEP section 1205.) (See attached copies.)

Reg. No(s). 882,567

The respective marks are substantially similar in sound and appearance. The respective goods are identical.

Although the applicant amended the identification of goods in accordance with the Examining Attorney's suggestion, upon further examination, the same remains somewhat indefinite. It is therefore suggested that the applicant amend the identification of goods to read as follows: "Soft drinks and flavored syrups used in the preparation of making soft drinks."

The modification to the dates-of-use clause has been entered in the record of this application. However, the word "Territorial," which refers to commerce between a states of the United States and an American territory (e.g. American Samoa, Guam, Virgin Islands, etc.), should be deleted therefrom.

*Ecuabeverage Statement of Material Facts – Exhibit 4*

The Declaration by an officer of applicant is acceptable, and has been entered in the record of this application.

The specimens of record do not show compliance with the labeling requirements of the Federal Food, Drug, and Cosmetic Act because they do not show the common or usual name of the goods. You must state whether or not you complied with the labeling provision of this Act as of the filing date of this application. (37 CFR Section 2.69; TMEP section 901.)

Refusal to register is therefore continued.


MHM:lmt

Martin Marks
Martin H. Marks
Trademark Attorney Law Ofc. 6
703  557-2937

45   Consolida⁻   In      Int. Cl. 32 - 36

Class---4.6.-

# United States Patent Office

882,567
Registered Dec. 16, 1969

## PRINCIPAL REGISTER
### Trademark

COMB. APF. SEC 8 & 15....

Ser. No. 306,835, filed Sept. 9, 1968

## TROPICOOL

Johanna Farms, Inc. (New Jersey corporation)
Flemington, N.J.  08822

For: FRUIT FLAVORED DRINKS CONTAINING WATER, in CLASS 45 (INT. CL. 32).

For: PREPARED REFRIGERATED TEA AND ORANGE JUICE, in CLASS 46 (INT. CLS. 30 and 32).

First use May 25, 1967; in commerce May 25, 1967.

A. G. DIETZ, Examiner