VALDES-FAULI, COBB & PETREY
PROFESSIONAL ASSOCIATION
ATTORNEYS AND COUNSELLORS
SUITE 3400 - ONE BISCAYNE TOWER
2 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131-1803
(305) 376-6000
TELEX 681169 VALFA
TELECOPIER (305) 376-6010
ZAPMAILER (305) 374-4797

THOMAS C. COBB
WILLIAM C. CRENSHAW
RONALD A. KRIS
THOMAS D. LUMPKIN
JILL NEXON
RODERICK N. PETREY
ROBERT S. TURK
RAUL E. VALDES-FAULI
RAUL J. VALDES-FAULI
CLEMENTE L. VAZQUEZ-BELLO

OF COUNSEL
THOMAS D. LUMPKIN

ALCIDES I. AVILA
JANIS K. CHEEZEM
LINDA EBIN
JOHN H. FRIEDHOFF
JEREMY J. HART
OLGA RAMIREZ-SEIJAS
WILFREDO A. RODRIGUEZ
JOAN T. RUSSELL
OSCAR A. SANCHEZ
JAMES D. SILVER
JOSE E. SIRVEN
LEON J. WOLFE

DIRECT DIAL 376-6064

VIA FEDERAL EXPRESS

March 4, 1986

Martin H. Marks, Esquire
Trademark Attorney
Law Office Number 6
Commissioner of Patents and Trademark
Box 5
Washington, D.C. 20231

Re: Banco del Pacifico; Serial Number 73/489879

Dear Mr. Marks:

Enclosed is a "Response and Amendment" to your Office Action dated September 10, 1985 regarding Banco del Pacifico's application, serial number 73/489879. We have also enclosed a copy of the Office Action for your convenience.

Thank you for your attention.

Sincerely,

Alcides I. Avila

AIA/lcb

Enclosures



**RESPONSE AND AMENDMENT**

| | |
|---|---|
| TO: | The Commissioner of Patents and Trademarks |
| MARK: | TROPICAL; Serial No. 73/489879 |
| MARK AS AMENDED: | TROPICAL PURO SABOR NACIONAL |
| EXAMINING ATTORNEY'S NAME: | Martin H. Marks; Law Office 6 |
| MAILING DATE OF ACTION: | September 10, 1985 |
| APPLICANT: | Banco Del Pacifico |
| APPLICANT'S ATTORNEY: | Alcides I. Avila<br>Valdes-Fauli, Cobb & Petrey, P.A.<br>2 South Biscayne Boulevard<br>Miami, Florida 33131-1803<br>Phone Number: (305) 376-6000 |

In accordance with the Office Action dated September 10, 1985 Applicant hereby responds to such Office Action and amends its application as follows:

1. The undersigned is the ___President___ of the Applicant, BANCO DEL PACIFICO, and is authorized to execute this instrument on behalf of the Applicant;

2. The Examiner refused registration of the Applicant's mark because it so resembled the mark "Tropicool" as to be likely to cause confusion, or to cause mistake, or to deceive. After reviewing the Examiner's comments, the Applicant hereby amends the mark to read "Tropical Puro Sabor Nacional" (the "Amended Mark"), and in doing so, submits that the Amended Mark, with regard to "Tropicool," is no longer likely to cause mistake, confusion, or to deceive;

3. The Applicant has adopted and is using the Amended Mark for soft drinks and flavored syrups used in the preparation of making soft drinks;

4. The Amended Mark was first used in connection with the described goods on or about April 19, 1966. The Amended Mark was first used in the United States commencing on or about April 19, 1966, and continues to be in use in such commerce;

5. The Applicant has been importing the described goods into the United States during the above mentioned dates and, to date, continues to import such goods. Through such importation, the described goods are required to pass the examination of the Federal Food and Drug Adiministration and United States Customs. Accordingly, it is respectfully submitted that both governmental agencies have determined by their own standards that the described goods have conformed with the labeling standards of the Federal Food, Drug, and Cosmetic Act (21 U.S.C. 301 et seq.; 37 C.F.R. Section 2.69; TMEP, Section 901);

6. The five (5) specimens originally filed with the application show the Amended Mark as actually used in connection with the sale of the described goods;

7. The undersigned believes Applicant to be the owner of the Amended Mark sought to be registered; to the best of his knowledge and belief no other person, firm, corporation, or association, has the right to use said mark in commerce, either in the identical form or in such near resemblance thereto as may be

likely, when applied to the goods or services of such other person, to cause confusion, or to cause mistake, or to deceive; the facts set forth in the application and in the Declaration are true and all statements made of his own knowledge are true and all statements made on information and belief are believed to be true.

BANCO DEL PACIFICO

By: _____
Mauricio de Wind

SWORN TO AND SUBSCRIBED, before me this _____ day of February, 1986.

_____
Notary Public,

My Commission Expires:

DOCTOR GUSTAVO FALCONI LEDESMA, Notario Quinto del Cantón Guayaquil, Doi fé: Que la firma que antecede del señor Mauricio de Wind Córdova, con cédula de ciudadanía número 07-00561632, es auténtica.- Guayaquil, veinticinco de Febrero de mil novecientos ochenta y seis.-





REPUBLIC OF ECUADOR      )
PROVINCE OF GUAYAS       )
CITY OF GUAYAQUIL        ) SS
CONSULATE GENERAL OF THE )
UNITED STATES OF AMERICA )

I, the undersigned Consular Officer of United States of America at Guayaquil, Ecuador, duly commissioned and qualified, do hereby certify that _____

Dr. Gustavo Falconi Ledesma whose true signature and official seal are, respectively subscribed and affixed to the foregoing (annexed certificate) (document), was on the 25th day of February 1986 the date thereof, Notary

Public for the Province of Guayas. duly commissioned and qualified, to whose official acts faith and credit are due. In testimony whereof I have hereunto set my hand and affixed the seal of the Consulate General of the United States of America at Guayaquil, Ecuador this _____ day of FEB 26 1986
(FOR THE CONTENTS OF THE DOCUMENT THE CONSULATE GENERAL ASSUMES NO RESPONSIBILITY)

-2-

CHARLES F. KEIL
CONSUL
OF THE UNITED STATES OF AMERICA