Int. Cl.: 32

Prior U.S. Cl.: 45

## United States Patent and Trademark Office

Reg. No. 1,899,104
Registered June 13, 1995

## TRADEMARK
### PRINCIPAL REGISTER

## TROPICAL FANTASY

BROOKLYN BOTTLING CORPORATION (NEW YORK CORPORATION)
458 COZINE AVENUE
BROOKLYN, NY 11208

FOR: SOFT DRINKS, IN CLASS 32 (U.S. CL. 45).

FIRST USE 4-0-1988; IN COMMERCE 4-0-1988.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "TROPICAL", APART FROM THE MARK AS SHOWN.

SER. NO. 74–104,891, FILED 10–11–1990.

PATRICIA MALESARDI, EXAMINING ATTORNEY

*Ecuabeverage Statement of Material Facts – Exhibit 6*