# 29

COMBINED DECLARATION OF USE IN COMMERCE/APPLICATION FOR RENEWAL OF REGISTRATION OF MARK UNDER§ 8 & 9 (15 U.S.C.§ 1058 & 1059)

~To the Assistant Commissioner for Trademarks~

<TRADEMARK/SERVICE MARK INFORMATION>

<Mark> Tropical Fantasy
<Registration Number> 1899104
<Registration Date> 6/13/95

<OWNER INFORMATION>

<Name> Brooklyn Bottling of Milton, New York, Inc.
<Street> 1900 Linden Boulevard
<City> Brooklyn
<State> New York
<Zip/Postal Code> 11207

<DOMESTIC REPRESENTATIVE>~Required ONLY if the owner's address is outside the United States.~

<Name> Bruce E. Colfin, Jacobson & Colfin, PC   ~is hereby appointed the owner's representative upon whom notice or process in the proceedings affecting the mark be served.~
<Street> 19 W 21st Street, Suite 603A
<City> New York
<State> New York
<Zip Code> 10010

<GOODS AND/OR SERVICES INFORMATION>

<All Goods and/or Services in Existing Registration> soft drinks ~*The owner is using mark in commerce on or in connection with all goods and/or services listed in the existing registration. If not, list in the next section the goods and/or services to be deleted.*~

<Goods and/or Services Not in Use to be **Deleted**>~*In the following space, list only those goods and/or service (or entire classes (es)) appearing in the registration for which the owner is no longer using the mark in commerce.*
**LEAVE THIS SPACE BLANK IF THE OWNER IS USING THE MARK ON OR IN CONNECTION WITH ALL GOODS AND/OR SERVICES LISTED IN THE REGISTRATION).**~

*Ecuabeverage Statement of Material Facts – Exhibit 7*

<FEE INFORMATION>

~Combined§§ 8 & 9 Filing Fee~
$500.00 x 1         =        $500.00
~Grace Period Fee: If filing during the six-month grace period, enter Combined§§ 8 & 9 Grace Period Fee.~
$200.00 x <Number of Classes>          =        <Grace Fee Due>
    ~Filing Fee Due +Grace Period Fee Due~ =   $500.00

| PTO Form 1963 (Rev 5/99) | U.S. DEPARTMENT OF COMMERCE/Patent and Trademark |
|---|---|
| OMB Control No. 0651-009 (Exp. 8/31/2001) | Office. There is no requirement to respond to this collection of information unless a currently valid OMB number is displayed |

<SPECIMEN AND SIGNATURE INFORMATION>

~Section 8: Declaration of Use in Commerce~
The owner is using the mark in commerce on or in connection with goods/services identified above, as evidence by the attached specimen(s) showing the mark as currently used in commerce.
(You MUST ATTACH A SPECIMEN showing the mark as currently used in commerce for at least one product or service in each international class covered.)
    The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C.§§ 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.
Section 9: Application for Renewal
~The registrant requests that the registration be renewed for the goods and/or services identified above.~

~Signature~ _[signature]_

<Date Signed> June 29, 2004
<Name> Eric S. Miller
<Title> President

<CONTACT INFORMATION>

<Name> Bruce E. Colfin
<Company/Firm Name> Jacobson & Colfin, PC
<Street> 19 W. 21st Street, Suite 603A
<City> New York
<State> New York
<Country> USA
<Zip/Postal Code> 10010
<Telephone Number> 212-691-5630
<Fax Number> 212-645-5038
<e-Mail Address> Bruce@thefirm.com