

74/104891

**KRAMER, BRUFSKY & CIFELLI, P.C.**
ATTORNEYS AT LAW
181 OLD POST ROAD
P.O. BOX 59
SOUTHPORT, CONNECTICUT 06490

ARMAND CIFELLI
BARRY KRAMER
ALLEN D. BRUFSKY
JAMIE JOHNSON
JULIA D. HART

October 9, 1990

TELEPHONE: (203) 255-8900
CABLE ADDRESS: PATENTLAW
TELEX NO.: 965874
TELECOPIER: (203) 259-2846

Case No.: ZEI-145

Commissioner of Patents and Trademarks
Trademark Examining Operation
Washington, D.C. 20231

Sir:

We enclose herewith the following:

1. Application papers of:

    Brooklyn Bottling Corporation

    for the trademark:

    **TROPICAL FANTASY**

2. One drawing showing the mark sought to be registered.

3. Three (3) specimens showing the mark as actually used in International Class 32.

4. Our check in the amount of $175.00 to cover the statutory filing fee for one class.

Please charge any additional fee or credit overpayment to Deposit Account No. 11-0231. A copy of this cover letter is enclosed for your convenience.

Yours very truly,

KRAMER, BRUFSKY & CIFELLI, P.C.

By _____
Jamie Johnson

JJ:nh
Enclosures

*Ecuabeverage Statement of Material Facts – Exhibit 8*

ZEI-145  1/5

/15.00 301 TM

74/104891



THE UNITED STATES PATENT AND TRADEMARK OFFICE

APPLICATION FOR TRADEMARK REGISTRATION

Mark:   TROPICAL FANTASY

Class:  32 (U.S. 45)

TO THE COMMISSIONER OF PATENTS AND TRADEMARKS

/BROOKLYN BOTTLING CORPORATION/
a corporation organized under the laws of
   New York State

/458 Cozine Avenue
Brooklyn, NY 11208/

The above-identified applicant has adopted and is using the trademark shown in the accompanying drawing for:

[soft drinks]

and requests that said mark be registered in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946.

The trademark was first used in connection with such goods in April of 1988 ; was first used in interstate commerce in April of 1988 ; and is now in use in such commerce.

The trademark is used by applying it directly to container for the goods. Three specimens showing the mark as actually used are presented herewith.

Applicant hereby appoints (Barry Kramer) Reg. No. 20,622 and Allen D. Brufsky, Reg. No. 21,056; members of the Bar of the State of Connecticut; Jamie Johnson, a member of the Bar of the State of New York; and Julia D. Hart, Reg. No. 33,131, a member of the Bar of the States of Connecticut and Illinois; all whose post office address is (KRAMER, BRUFSKY & CIFELLI, P.C.)(P.O. Box

59, Southport, Connecticut 06490,] to prosecute the application to register, to transact all business in the Patent and Trademark Office in connection therewith, and to receive the Certificate of Registration.

### DECLARATION

Eric S. Miller declares: that he is President of applicant corporation and is authorized to execute this application on behalf of said corporation; that he believes said corporation to be the owner of the trademark sought to be registered; that to the best of his knowledge and belief no other person, firm, corporation or association has the right to use said mark in commerce, either in identical form or in such near resemblance thereto as to be likely, when applied to the goods or services of such other person, to cause confusion, or to cause mistake, or to deceive; that the facts set forth in this application are true; and that all statements made of his own knowledge are true and all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or document or any registration resulting therefrom.

BROOKLYN BOTTLING CORPORATION

By _____
Eric S. Miller
President

Date: September 19, 1990

2

74/104891

INT. CL. 32

PRIOR US CL. 45

[MAIL ROOM OCT 11 1990 stamp]

### DRAWING

APPLICANT:     Brooklyn Bottling Corporation

ADDRESS:       458 Cozine Avenue
               Brooklyn, New York  11208

FIRST USE:     At least as early as April, 1988

IN COMMERCE:   At least as early as April, 1988

GOODS:         SOFT DRINKS
               IN INTERNATIONAL CLASS 32 (U.S. CL. 45)

TROPICAL FANTASY

PUBLISHED
MAR 21 1995

ATTORNEY:      Jamie Johnson

ADDRESS:       KRAMER, BRUFSKY & CIFELLI, P.C.
               P.O. Box 59
               Southport, Connecticut  06490
               (203) 255-8900