ZEI-145

Trademark

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| In re Application of: | ) |
| Brooklyn Bottling Corporation | ) Trademark Attorney: |
| | ) Patricia A. Malesardi, Esq. |
| Serial No.: 74/104891 | ) |
| | ) Law Office 14 |
| Filed: October 11, 1990 | ) |
| Trademark: TROPICAL FANTASY | ) |

Commissioner of Patents and Trademarks
Washington, D.C. 20231

Attention: Trademark Trial and Appeal Board

**NOTICE OF APPEAL**

Applicant hereby appeals to the Trademark Trial and Appeal Board from the decision of the Examiner dated July 24, 1991, finally refusing registration of the above-identified trademark.

The appeal fee ($100) required in § 2.6(a)(18) is enclosed.

Respectfully submitted,

By _____
Jamie Johnson
KRAMER, BRUFSKY & CIFELLI, P.C.
Attorneys for Appellant
181 Old Post Road
P.O. Box 59
Southport, Connecticut 06490
(203) 255-8900

Dated: January 16, 1992

080 KJ 01/24/92 74104891    0 378    100.00 CK

*Ecuabeverage Statement of Material Facts – Exhibit 12*