Trademark

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of: )
Brooklyn Bottling Corporation ) Trademark Attorney
) Patricia A. Malesardi, Esq.
Serial No.: 74/104,891 )
) Law Office 14
Filed: October 11, 1990 )
)
Trademark: TROPICAL FANTASY )

Commissioner of Patents and Trademarks
BOX 5
Washington, D.C.  20231

## AMENDMENT

Please amend the above-identified trademark application, without prejudice, as follows:

On page 1, after the last full paragraph, insert the following:

-- Without relinquishing any of its common law rights, applicant hereby disclaims the word "TROPICAL" apart from the mark as shown.--.

## REMARKS

On January 26, 1994, the Tradmark Trial and Appeal Board reversed the Examiner's refusal to register the subject mark under Section 2(d) of the Lanham Act. However, the Board required that

in order to proceed to registration, a disclaimer of "Tropical" should be filed within thirty days from the date of the opinion. This amendment submits the required disclaimer. A copy of the Board's decision is attached for reference.

Respectfully submitted,

_____
Allen D. Brufsky
Attorney for Applicant
KRAMER, BRUFSKY & CIFELLI, P.C.
P.O. Box 59
Southport, CT  06490
(203) 255-8900

Date: February 1, 1994

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231 on 2/1/94
(Date of Deposit)
Allen D. Brufsky
Name of applicant, assignee, or Registered Representative
_____
Signature
February 1, 1994
Date of Signature