T. Fleming
Paper No. 26

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
———

Trademark Trial and Appeal Board
———

In re Brooklyn Bottling Corporation
———

Serial No. 74/104,891
———

Before Simms, Seeherman and Quinn, Administrative Trademark Judges.

Opinion by Simms, Administrative Trademark Judge:

On January 26, 1994, the Board reversed the refusal of registration under Section 2(d) but affirmed the requirement for a disclaimer of the word "TROPICAL" apart from the mark.  Applicant was allowed thirty days in which to submit the required disclaimer.

On February 4, 1994, applicant submitted a disclaimer of the word "TROPICAL" apart from the mark.  The disclaimer is hereby entered.  In view of the submission of this disclaimer, the application will be forwarded for publication in due course.

R. L. Simms

T. J. Quinn

E. J. Seeherman
Administrative Trademark
Judges, Trademark Trial
and Appeal Board

15 MAR 1994

*Ecuabeverage Statement of Material Facts – Exhibit 15*