Int. Cl.: 32

Prior U.S. Cls.: 45, 46 and 48

**United States Patent and Trademark Office**

Reg. No. 3,284,223
Registered Aug. 28, 2007

## TRADEMARK
### PRINCIPAL REGISTER

Tropical Fantasy TF Extreme Energy Drink

BROOKLYN BOTTLING OF MILTON, NY, INC. (NEW YORK CORPORATION)
C/O JACOBSON & COLFIN, P.C.
60 MADISON AVE., SUITE 1026
NEW YORK, NY 10010

FOR: ENERGY DRINKS, SOFT DRINKS, FRUIT JUICE COCKTAILS, FRUIT JUICES, VEGETABLE JUICE COCKTAILS, VEGETABLE JUICES AND BOTTLED WATER, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 7-0-2006; IN COMMERCE 7-0-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,899,104 AND 2,844,369.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE TROPICAL AND ENERGY DRINK, APART FROM THE MARK AS SHOWN.

SER. NO. 76-666,940, FILED 10-3-2006.

KATHLEEN M. VANSTON, EXAMINING ATTORNEY

*Ecuabeverage Statement of Material Facts – Exhibit 16*