**FILING RECEIPT FOR TRADEMARK APPLICATION**

Oct 14, 2006

This acknowledges receipt on the FILING DATE of the application for registration for the mark identified below. The FILING DATE is contingent upon all minimum filing date requirements being met. Your application will be considered in the order in which it was received. Please review the status of your application every six months from the filing date of your application. You can check the status of your application on-line at http://tarr.uspto.gov/ or by contacting the Trademark Assistance Center at 1-800-786-9199. Also, documents in the electronic file for pending applications can be viewed and downloaded at http://www.uspto.gov/.

JEFFREY E. JACOBSON
JACOBSON & COLFIN, P.C.
60 MADISON AVE STE 1026
NEW YORK, NY 10010-1666

**ATTORNEY
REFERENCE NUMBER**

**PLEASE REVIEW THE ACCURACY OF THE FILING RECEIPT DATA.**
A request for correction to the filing receipt should be submitted within 30 days. Such requests may be submitted by mail to: COMMISSIONER FOR TRADEMARKS, P.O. BOX 1451, ALEXANDRIA, VIRGINIA 22313-1451; by fax to 571-273-9913; or by e-mail to tmfiling.receipt@uspto.gov. The USPTO will review the request and make corrections when appropriate.

SERIAL NUMBER: 76/666940
FILING DATE: Oct 3, 2006
REGISTER: Principal
MARK: TROPICAL FANTASY TF EXTREME ENERGY DRINK
MARK TYPE(S): Trademark
DRAWING TYPE: Stylized words, letters, or numbers
FILING BASIS: Sect. 1(a) (Use in Commerce)
ATTORNEY: Jeffrey E. Jacobson
OWNER: Brooklyn Bottling of Milton, NY, Inc. (NEW YORK, Corporation)
c/o Jacobson & Colfin, P.C.
60 Madison Ave., Suite 1026
New York , NEW YORK   10010

FOR: energy drinks, soft drinks, juice cocktails, juices and water
INT. CLASS: 032
FIRST USE: Jul 2006    USE IN COMMERCE: Jul 2006
ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED

OTHER DATA

OWNER OF U.S. REG. NOS.: 1899104, 2844369

ADDITIONAL INFORMATION MAY BE PRESENT IN THE USPTO RECORDS

*Ecuabeverage Statement of Material Facts – Exhibit 17*

# Jacobson & Colfin, P.C.
## Attorneys at Law

Jeffrey E. Jacobson*
Bruce E. Colfin

Bonnie L. Mohr**
Of Counsel:

* Also Member of D.C. Bar
** Also Member of N.J. Bar

60 Madison Avenue
Suite #1026
New York, N.Y. 10010

(212) 691-5630
Fax: (212) 645-5038
www.thefirm.com
email: thefirm@thefirm.com

September 29, 2006

Commissioner for Trademarks
PO Box 1451
Alexandria, VA 21313-1451

Re: TROPICAL FANTASY TF EXTREME
Trademark Application

Dear Commissioner for Trademarks:

Kindly file the enclosed trademark application. A check in the amount of $375.00 for the filing fee and specimens have been enclosed.

Should you have any further requirements, please contact this office.

Sincerely Yours,

Jacobson & Colfin, P.C.

Jeffrey E. Jacobson

Encl.s

cc: Mr. Eric Miller
    Brooklyn Bottling of Milton, NY, Inc.

JEJ.mr
Lrts/brooklyn.929

1208 West Broadway, Hewlett, LI, 11557 • 516-295-7689

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

                              Mark: Tropical Fantasy TF Extreme
                                    Energy Drink
                           Class   No. 032

TO THE COMMISSIONER OF PATENTS AND TRADEMARKS:

Brooklyn Bottling of Milton, NY, Inc. [Applicant]

1900 Linden Blvd., Brooklyn, NY 11207 [Post Office address]

c/o Jacobson & Colfin, P.C., Attorneys, 60 Madison Ave., Suite 1026, New York, NY 10010 [Business address]

Applicant is a corporation organized in the State of New York.

    The above identified applicant has adopted and is using the trademark shown in the accompanying drawing for energy drinks, soft drinks, juice cocktails, juices and water and requests that such mark be registered in the United States Patent and Trademark Office on the Principal Register established by the act of July 5, 1946.

    The trademark was first used with the goods in, _July_ 2006 and was first used in interstate commerce in, _July_ 2006 and is now used in such commerce.

    The applicant is the registrant for "Tropical Fantasy," reg. no. 2844369 and reg. no. 1899104.

    The mark is used by applying it to labels, packages, advertisements, brochures, and five specimens showing the mark as actually used are presented herewith.

STATE OF NEW YORK       )
                        )ss.:
COUNTY OF KINGS         )

The undersigned being hereby warned that willful and false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Sec. 1001, and that such willful and false statements may jeopardize the validity of the application or any resulting registration, declares that he is properly authorized to execute the application on behalf of the applicant; he believes the applicant to be the owner of the mark sought to be registered; to the best of his knowledge and belief no other person, firm, corporation, or association has the right to use such mark in commerce, either in the identical form or in such near resemblance thereto as to be likely, when used in connection with the goods or services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his knowledge are true and all statements made on information and belief are believed to be true.

                              Brooklyn Bottling
                              of Milton, NY, Inc.

                              By: _____
                              Eric S. Miller, C.E.O.

Subscribed and sworn to
before me this 20 day
of September 2006
_____
Notary Public

EDDY R. SALDANA
Notary Public, State of New York
No. 01SA6123798
Qualified in Queens County
Comission Expires March 14, 2009

## POWER OF ATTORNEY

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF KINGS      )

Applicant hereby designates Jeffrey E. Jacobson and Bruce E. Colfin from the law firm of Jacobson & Colfin, P.C., to sign the electronic application with the U.S. Patent and Trademark Office on our behalf; to prosecute the application; to register; and to transact all business in the Patent and Trademark Office in connection therewith, and to receive the certificate of registration.

Jeffrey E. Jacobson, whose postal address is 60 Madison Avenue, Suite 1026, New York, NY 10010, is hereby designated applicant's representative upon whom notices or process in proceedings affecting the mark may be served.

                                    Brooklyn Bottling
                                    of Milton, NY, Inc.
                                    By: _____
                                        Eric S. Miller, C.E.O.

Subscribed and sworn to
before me this 20 day
of September, 2006

_____
Notary Public
    EDDY R. SALDANA
Notary Public, State of New York
    No. 01SA6123796
  Qualified in Queens County
Comission Expires March 14, 2009

10-03-2006
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #

Applicant:   Brooklyn Bottling of Milton, NY, Inc.
P.O. Address: 1900 Linden Blvd., Brooklyn, NY 11207
First Use:    July        ,2006
Services: energy drinks, soft drinks, juice cocktails, juices and water

**Tropical Fantasy TF Extreme Energy Drink**



U.S. Patent & TM Ofc/TM
**76666940**

Attorney: Jeffrey E. Jacobson, Esq. Jacobson & Colfin, P.C.
Address: 60 Madison Avenue, Suite 1026, New York, NY 10010
tm\cl\TF.app

