UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| **SERIAL NO:** 76/666940 | |
| **APPLICANT:** Brooklyn Bottling of Milton, NY, Inc. | **\*76666940\*** |
| **CORRESPONDENT ADDRESS:**<br>   JEFFREY E. JACOBSON<br>   JACOBSON & COLFIN, P.C.<br>   60 MADISON AVE STE 1026<br>   NEW YORK, NY 10010-1666 | **RETURN ADDRESS:**<br>Commissioner for Trademarks<br>P.O. Box 1451<br>Alexandria, VA 22313-1451 |
| **MARK:**   TROPICAL FANTASY TF EXTREME ENERGY DRINK | |
| **CORRESPONDENT'S REFERENCE/DOCKET NO:**  N/A | Please provide in all correspondence: |
| **CORRESPONDENT EMAIL ADDRESS:** | 1. Filing date, serial number, mark and applicant's name.<br>2. Date of this Office Action.<br>3. Examining Attorney's name and Law Office number.<br>4. Your telephone number and e-mail address. |

## OFFICE ACTION

**RESPONSE TIME LIMIT**: TO AVOID ABANDONMENT, THE OFFICE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF THE MAILING OR E-MAILING DATE.

**MAILING/E-MAILING DATE INFORMATION**: If the mailing or e-mailing date of this Office action does not appear above, this information can be obtained by visiting the USPTO website at http://tarr.uspto.gov/, inserting the application serial number, and viewing the prosecution history for the mailing date of the most recently issued Office communication.

Serial Number  76/666940

The assigned examining attorney has reviewed the referenced application and determined the following.

## IDENTIFICATION OF GOODS

The identification of goods is unacceptable as indefinite.  The underlined goods are acceptable as filed.  The remaining goods require further amendment as noted.

*Ecuabeverage Statement of Material Facts – Exhibit 18*

The applicant may adopt the following identification, if accurate: "Energy drinks, soft drinks, fruit juice cocktails, fruit juices and bottled water," in Class 32. TMEP §1402.01.

Please note that, while an application may be amended to clarify or limit the identification, additions to the identification are not permitted. 37 C.F.R. §2.71(a); TMEP §1402.06. Therefore, the applicant may not amend to include any goods that are not within the scope of goods set forth in the present identification.

**STANDARD CHARACTER STATEMENT**

Applicant must submit the following standard character claim: "The mark consists of standard characters without claim to any particular font, style, size, or color." 37 C.F.R. §2.52(a); TMEP §807.03(a).

**DISCLAIMER**

The applicant must insert a disclaimer of TROPICAL and ENERGY DRINK in the application. Trademark Act Section 6, 15 U.S.C. §1056; TMEP §§1213 and 1213.08(a)(i).

A properly worded disclaimer should read as follows:

> No claim is made to the exclusive right to use TROPICAL and ENERGY DRINK apart from the mark as shown.

TROPICAL is commonly used to describe beverage flavor. (See attached material from the Internet). Applicant identifies "energy drinks" in its identification of goods. Its specimen of record demonstrates that the mark is used on tropical flavored energy drinks. Therefore, the terms are descriptive and must be disclaimed.

Printouts of articles downloaded from the Internet are admissible as evidence of information available to the general public, and of the way in which a term is being used by the public. TMEP §710.01(b). *In re Total Quality Group Inc.*, 51 USPQ2d 1474, 1475-76 (TTAB 1999); *Raccioppi v. Apogee Inc.*, 47 USPQ2d 1368, 1370-1 (TTAB 1998).

The Office can require an applicant to disclaim an unregistrable part of a mark consisting of particular wording, symbols, numbers, design elements or combinations thereof. 15 U.S.C. §1056(a). Under Section 2(e) of the Trademark Act, the Office can refuse registration of an entire mark if the entire mark is merely descriptive, deceptively misdescriptive, or primarily geographically descriptive of the goods. 15 U.S.C. §1052(e). Thus, the Office may require an applicant to disclaim a portion of a mark that, when used in connection with the goods or services, is merely descriptive, deceptively misdescriptive, primarily geographically descriptive, or otherwise unregistrable (e.g., generic). TMEP §1213.03(a).

Failure to comply with a disclaimer requirement can result in a refusal to register the entire mark. TMEP §1213.01(b).

A "disclaimer" is a statement that applicant does not claim exclusive rights to an unregistrable component of a mark. A disclaimer does not affect the appearance of the applied-for mark.

The examining attorney has searched the Office records and has found no similar registered or pending mark which would bar registration under Trademark Act Section 2(d), 15 U.S.C. §1052(d). TMEP §704.02.

/Kathleen M. Vanston/

Examining Attorney

Law Office 103

(571) 272-9235

**HOW TO RESPOND TO THIS OFFICE ACTION:**
- ONLINE RESPONSE:  You may respond using the Office's Trademark Electronic Application System (TEAS) Response to Office action form available on our website at http://www.uspto.gov/teas/index.html.  If the Office action issued via e-mail, you must wait 72 hours after receipt of the Office action to respond via TEAS.  **NOTE:  Do not respond by e-mail.  THE USPTO WILL NOT ACCEPT AN E-MAILED RESPONSE.**
- REGULAR MAIL RESPONSE:  To respond by regular mail, your response should be sent to the mailing return address above, and include the serial number, law office number, and examining attorney's name. **NOTE:  The filing date of the response will be the** *date of receipt in the Office,* not the postmarked date.  To ensure your response is timely, use a certificate of mailing.  37 C.F.R. §2.197.

**STATUS OF APPLICATION:** To check the status of your application, visit the Office's Trademark Applications and Registrations Retrieval (TARR) system at http://tarr.uspto.gov.

**VIEW APPLICATION DOCUMENTS ONLINE:** Documents in the electronic file for pending applications can be viewed and downloaded online at http://portal.uspto.gov/external/portal/tow.

**GENERAL TRADEMARK INFORMATION:** For general information about trademarks, please visit the Office's website at http://www.uspto.gov/main/trademarks.htm

**FOR INQUIRIES OR QUESTIONS ABOUT THIS OFFICE ACTION, PLEASE CONTACT THE ASSIGNED EXAMINING ATTORNEY SPECIFIED ABOVE.**

http://www.mammothfreeze.com/tropicalflavorbeveragemix.html     02/23/2007 07:46:31 AM



http://www.alibaba.com/catalog/11522430/Five_02_Tropical_Flavored_Bottle_Water.html
02/23/2007 07:47:31 AM

 Home | Sign In | Join Now | TradeManager | Inquiry Basket | Help
Global trade starts here.™ | Buy | Sell | Resources | My Alibaba | Search all suppliers | Search

Home > Buy > Food & Beverage > Beverages > Product Details


LISTED SINCE 2006
- Products (5)
- Selling Leads
- About Us
- TrustPass Profile
- Contact Information
- Trade Show Interests

## Whompa Distribution

Contact Now    Leave me a message

### Five 02 - Tropical Flavored Bottle Water


Five 02 - Tropical Flavored Bottle Water
View Larger Picture

| | |
|---|---|
| Model No.: | FMBFW200421 - 689076200424 |
| Product Origin: | California - Texas |
| Brand Name: | Five 02 - Fire Mountain Beverage Company |
| Payment Remarks: | Based on Agreement Terms |
| Supply Ability: | Based on Order Quantity |
| Minimum Order: | Based on Delivery Agreement |
| Delivery Lead Time: | Based on Delivery Location |
| Inner Packing: | 24 = 1 Case, 72 Cases per Pallet |
| Certification(s): | Premium Brand |

**Detailed Product Description**

Flavored infused vitamin enriched with oxygen!

Oxygenated, vitamin-flavored tropical water: Is a great tasting, zero-sugar, zero

http://www.alibaba.com/catalog/11522430/Five_02_Tropical_Flavored_Bottle_Water.html
02/23/2007 07:47:31 AM

Oxygenated, vitamin-flavored tropical water: is a great tasting, zero-sugar, zero carbohydrates, zero-caffeine, zero-calorie, non-carbonated, purified, flavored-water beverage infused with vitamins a, c, b-6, and b-12 coupled with niacin, potassium calcium and iron.

### Contact Us

Whompa Distribution [United States]

[Contact Now]    Leave me a message    View Contact Details

This member's information has NOT been authenticated or verified by Alibaba or any third party. Only Alibaba **Gold Suppliers** and **TrustPass members** have completed an Authentication and Verification procedure conducted by third-party credit-reporting agencies.

For more information on Alibaba Gold Supplier and TrustPass membership, Click here

**Related products from other suppliers**

     

Five 02 - Mango Flavored Bottle Water | Five 02 - Lemon Flavored Bottle Water | Five 02 - Berry Flavored Bottle Water | Natural Fruit Spring Flavored Water In Bottle | Bottled Spring Water | Bottled Mineral Water

     

Mineral Spring Water | Bottled Water And | Bottled Mineral Water | Premium Quality | Bottled Drinking | Bottled Water

http://www.alibaba.com/catalog/11522430/Five_02_Tropical_Flavored_Bottle_Water.html
02/23/2007 07:47:31 AM

| Mineral Spring Water In Bottle | Bottled Water And Juices | Bottled Mineral Water | Premium Quality Bottled Mineral Water ( Bulk Volume ) | Bottled Drinking Water | Bottled Water |

Related products: energy drink, fruit juice, coffee

Didn't find what you're looking for? Post a buying lead.

**Trade Articles & Discussions in *Resources***  ▸ More





- Jack Ma Addresses Delegates at the World Economic Forum
- Email Etiquette
- The twelve due diligence steps for making money

With TradeManager, your contact management just got better.

Learn more about our recent upgrades

▸ Email this page    ▸ Bookmark this page    ▸ Print this Page

Home - Gold Suppliers - Buy - Sell - Trade Shows - My Alibaba
About Alibaba - Help - Site Map - Partnerships - 出口服务
Browse Alphabetically: Hot Products, All Products, Buying Leads, China, Countries - Archive
国际站 - 中国站 - 日文网 - 淘宝网 - 支付宝 - 雅虎中国 - 口碑网 - 阿里软件

Product Listing Policy - Intellectual Property Policy and Infringement Claims - Privacy Policy - Terms of Use - Safe Trading Tips
Copyright Notice © 1999-2007 Alibaba.com Corporation and its licensors. All rights reserved.



Login  My Cart (0)  My Account  Sam's Club Home  Club Locator  Site Map  He

Shop by PRODUCT ▼ | Shop by BUSINESS ▼ | Shop by SERVICE ▼ | Shop by CLICK'N'PULL® | Sam's Club MEMBERSHIP

Get offers in your inbox - Sam's Club Newsletters

Search: [    ] GO

Already a Member?
**Click Here to Register**
**Renew Now**

SAM'S CLUB > Shop by Product > Soft Drinks, Juice & Water > Juices

## V8 Splash® Variety Pack - 12/ 16 oz. bottles

Login:
[    ]
Forgot Login?

Password:
[    ]
Forgot Password?

[Login]

Select Quantity, then click "Add to Cart"

**In-Club Pricing & Availability**
Because item pricing and availability varies by area, please **SELECT A CLUB** OR

Enter a ZIP Code: [    ] [GO]

Subtotal $0.00
[Checkout]

#224397

**Shopping Tools**

☑ Delivery Items
☑ Pick Up Items

**IIO CLUB SELECTED**
To view Pick Up Item price & availability, you must **SELECT A CLUB**

**Order from Shopping List**

**Recently Ordered Items**

**Order By Item Number**

**Check Order Status**

| Overview | Specifications | Additional Info |

Variety Pack includes: 4 Tropical Blend - a tropical flavored beverage of 5 juices and mango puree, from concentrate; 4 Strawberry Kiwi - a strawberry and kiwi flavored beverage of 4 juices from concentrate, with other natural flavors; and 4 Berry Blend - a berry flavored beverage of 6 juices from concentrate with other natural flavors.

Privacy Policy | Terms and Conditions | Sam's Club Credit | Sam's Club International | Wal-Mart | About Us | Sam's Club Careers | Wal-Mart Stor

© 2000-2007, Sam's West, Inc. All rights reserved.