**Tropical®** TOME

ORIGINAL PRODUCT OF ECUADOR

PURE ECUADORIAN FLAVOR
STRAWBERRY SODA

2 LITER 67.6 FL OZ. (2 QT. 3.6 OZ.)

**Nutrition Facts**
Serving Size 8 fl oz (240 mL)
Servings Per Container: About 8

Amount Per Serving

Calories 130

| | %Daily Value* |
|---|---|
| Total Fat 0 g | 0% |
| Sodium 10 mg less than | 1% |
| Total Carbohydrate 32 g | 11% |
| Sugars 32 g | |
| Protein 0 g | 0% |

*Percentage Daily Value are based on a 2,000 calorie diet. Your Daily Values may vary higher or lower depending on your calorie needs.

CONTAINS: CARBONATED WATER, HIGH FRUCTOSE CORN SYRUP, CITRIC ACID, SODIUM BENZOATE (PRESERVATIVE), ARTIFICIAL FLAVOR AD ARTIFICIAL COLOR, (FD&C RED #40).

CONTIENT: EAU CARBONISEE, SIROP DE MAIS, ACIDE CITRIQUE, SODIUM BENZOATE (PRESERVATIF),FLAVEUR ARTIFICIELLE, COLORANT ARTIFICIEL, (ROUGE #40).

BOTTLED UNDER AUTHORITY OF
ECUABEVERAGE CORP.
BRONX, NY 10474
PHONE (718) 860-3256 • CT. LIC. 668

0  8 89953 02010  9

EXHIBIT 1

**Tropical®**
ORIGINAL PRODUCT OF ECUADOR
PURE ECUADORIAN FLAVOR
STRAWBERRY SODA
67.6 FL OZ. (2 QT. 3.6 OZ.)