# Jacobson & Colfin, P.C.
## Attorneys at Law

Jeffrey E. Jacobson*
Bruce E. Colfin

Bonnie L. Mohr**
Of Counsel:

* Also Member of D.C. Bar
** Also Member of N.J. Bar

60 Madison Avenue
Suite #1026
New York, N.Y. 10010

(212) 691-5630
Fax: (212) 645-5038
www.thefirm.com
email: thefirm@thefirm.com

RECEIVED MAR 28 2008

March 26, 2008

The Honorable Alvin K. Hellerstein
Room 1050
United States Courthouse
500 Pearl Street
New York, NY 10007

By Fax 1 212 805 7942 and ECF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/28/08

*[Handwritten note: This has been resent because our new fax may not have worked properly when first sent on Wednesday. Bruce Colfin]*

*[Handwritten: So ordered 3-28-08 /s/ Alvin Hellerstein]*

Re: 07 CIV 08483 (AKH)
BROOKLYN BOTTLING OF MILTON, NEW YORK, INC.,
v. ECUABEVERAGE, CORP

Your Honor:

I am counsel for the plaintiff. I hereby request a two week extension, until April 11, 2008, to serve and file Plaintiff's opposition to Defendant's Motion for Partial Summary Judgement. Although there is no return date for the motion, Plaintiff's opposition is currently due this Friday, March 28, 2008

We have conferred with Mr. Schindler, counsel for the Defendant. He has consented to such an extension.

This is the first time we are asking for an extension of time to reply to the motion for partial summary judgement.

Thank you very much.

Sincerely Yours,

Jacobson & Colfin, P.C.

Bruce E. Colfin (BC 5815)

Cc: Ed Schindler
Attorney for Defendant

C/L/ecuabevAKH

1208 West Broadway, Hewlett, LI, 11557 • 516-295-7689