Int. Cls.: **30 and 32**

Prior U.S. Cls.: **45, 46 and 48**

**United States Patent and Trademark Office**

Reg. No. **2,844,369**
Registered May 25, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## TROPICAL FANTASY

BROOKLYN BOTTLING CO. OF MILTON, N.Y., INC. (NEW YORK CORPORATION)
143 SOUTH RD., P.O. BOX 808
MILTON, NY 12547

   FOR: TEAS, IN CLASS 30 (U.S. CL. 46).

   FIRST USE 4-0-1988; IN COMMERCE 4-0-1988.

   FOR: BOTTLED TABLE WATER, FRUIT JUICES AND FRUIT FLAVORED SOFT DRINKS, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 4-0-1988; IN COMMERCE 4-0-1988.

OWNER OF U.S. REG. NO. 1,899,104.

SER. NO. 76-478,235, FILED 12-20-2002.

DAWN FELDMAN, EXAMINING ATTORNEY

**EXHIBIT 2**