# ECUADOR NEWS

**EL SEMANARIO DE LA COMUNIDAD ECUATORIANA EN EL EXTERIOR**   *FUNDADO EL 1º DE MARZO DE 1996*   WWW.ECUADORN

EDICION NACIONAL > NUEVA YORK - NUEVA JERSEY - CONNECTICUT - CHICAGO - MINNEAPOLIS - LOS ANGELES - MIAMI - TAMPA -   Nº 454  DEL 5 AL 11 DE M

EXHIBIT 3 →



**LA FAMOSA SILVANA SE PRESENTARA DESDE EL 15 DE MARZO EN NUEVA YORK Y NUEVA JERSEY**
PAGS. 37, 52 Y 53

**MARIANA DE JESUS SERA SANTIFICADA EN VATICANO EL DOCE DE OCTUBRE EN CEREMONIA HISTORICA**
PAGS. 20 A 22

PAG. 50 Y 51

**YA PUEDE COMPRAR AQUI EN USA LAS AUTENTICAS COLAS TROPICAL Y MANZANA**



Presidente Correa visita Lima y recibe solidaridad de Alan
**LA MAYORIA DE PAISES CONDENAN A COLO EN LA SESION DE LA OEA POR HABER VIOLA SUELO Y SOBERANIA DEL ESPACIO ECUATOR**

PAGS. 5

## DESPUES DE VARIOS AÑOS
## FALSO, LLEGA EL PURO S...

# LAS GASEOSAS TROPIC...
# ORIGINALES POR...

Por Dr. Marcelo Arboleda
y Franco Galecio



Las botellas originales de Tropical y Manzana, las que usted debe comprar y consumir.

Ecuador es un país que tiene sus propios olores y sabores, y dentro de este rubro debemos reconocer la gran presencia que tiene dentro del gusto de los ecuatorianos las gaseosas, conocidas en nuestro país como "Colas", es así que Tropical y Manzana se han ganado nuestro paladar, y que como una deliciosa tradición, donde vamos, las seguimos consumiendo, recurriendo al consabido "si vas para Ecuador, me traes una botellita de Cola Tropical o Manzana".

Y de esto se han agarrado ciertos individuos que sin escrúpulos, han tratado de imitar el sabor de botellas, se han hecho de pequeñas fortunas, apelando a lo difícil que resulta para todo aquel que ha emigrado el comparar los sabores, los cuales los ha retenido en su memoria y al asociarlos por un empaque parecido, ha estado consumiendo algo que no es la original, cayendo luego en el inclusive de darse cuenta, puesto que se desconoce el proceso de elaboración de estos refrescos que han usurpado un lugar que no les corresponde, ya que la fábrica que falsifica el producto, no tiene los permisos correspondientes, ni el sabor, y los logos también se utilizaron para promocionar en una época, ahora tenemos datos que a usted le permitirán saber si la que está llevándose a casa es la original o la "falseta".

Pero ahora ya no hay porque preocuparse, pues los principales de las Colas ecuatorianas Tropical y Manzana, han logrado un convenio con la Brooklyn Bottling Group, para producir y distribuir nuestras colas ecuatorianas, con nuestro sabor, el inconfundible desde el 1952, y que es una formula secreta que se traerá a los Estados Unidos, para ser mezclada con el agua carbonatada, y así obtener ese sabor único y especial de estos refrescos.

A las instalaciones de Ecuador News llegaron en visita de cortesía y para mostrarnos los productos, el falso y [ilegible] de Tropical [ilegible], Sr. Sergio Vinueza Estrada, Gerente de Quito Bottling Group, y Director de la Marca; junto al ciudadano norteamericano Bob Miller de Brooklyn Bottling Group, y el Sr. Luis Botero, gerente de ventas de la misma, quienes tienen 60 años [ilegible] trayectoria [ilegible] con esta representación, nuestros refrescos ecuatorianos podrán ser adquiridos por todos en los diferentes centros de expendio, que incluyen famosas cadenas como Wallmart y Pathmark, y la distribución se ha empezado en diferentes estados de la unión simultáneamente, comprendiendo toda la zona centro y este de USA y Canadá. Los planes están en incluir los productos en sus versiones light, una vez que se posesionen, cosa que ya está pasando en Miami, en donde son representados por Iberia Foods.

Dentro de poco, Tropical y Manzana harán su debut en el viejo continente, empezando en España, en la Feria Alimenticia de Barcelona 2008.

¿Cómo piensan posicionarse en el mercado?

[ilegible] Hemos pensado en desarrollar nuestra presencia en este mercado, con un buen abastecimiento y [ilegible] un producto de calidad [ilegible] sea el más apropiado, la calidad perfecta del agua, el azúcar correcto, y por supuesto la fórmula, que será traída con sumo cuidado desde nuestra planta principal en Ecuador, y eventualmente evolucionaremos en el producto dándole otros tamaños, viendo la necesidad del mercado.

## ECUADOR NEWS

# ...DE PROBAR ALGO
# ...ABOR NACIONAL...

# ...AL Y MANZANA
# ...FIN EN USA

Estamos en estos momentos con tres presentaciones: La de dos litros, la botella de diez onzas de vidrio que viene importada desde Ecuador y la presentación en lata, que es muy, pero muy bonita, de excelente presentación y categoría.

El futuro para la marca básicamente es con ese crecimiento natural de distribución, podemos eventualmente crecer a otros mercados, en comunidades de salvadoreños, mexicanos y otros países que también quieran nuestro producto, en general a toda la comunidad latina y eventualmente llegar al crossover, es decir al consumidor norteamericano, esas son nuestras metas.

¿Por que se han demorado tanto en hacer presencia, permitiendo que falsificadores practicamente se adueñen de las marca?

Porque no teníamos el socio correcto. Conseguimos a través de Bob Miller de Brooklyn Bottling Group, vimos que su compañía es muy bien estructurada y cumple con todas las características de una planta de primera línea en cualquier parte del mundo, tiene posibilidades de producir latas, botellas plásticas y de vidrio, son una serie de factores técnicos que permiten hacerlas cosas correctamente, pues no queríamos hacerlo con una compañía fantasma, esta es una compañía que tiene soporte, toda una red de distribución espectacular, y nos da la tranquilidad de que estamos haciendo bien para nuestra comunidad ecuatoriana en Estados Unidos y Canadá. Lo que no queríamos nosotros, es meternos con gente irresponsable que no cumpla con las espectativas de distribución y que nos deje tirados el producto, queríamos hacerlo con una empresa que haga la producción y la distribución, que nos dé el soporte, tanto al producto y la fórmula, el manejo del sabor, y lo relativo a publicidad, y que queremos



producto falso, vea detalladamente la etiqueta, y del sabor, tiene que ver que aquí hicimos las pruebas y hay una gran diferencia...

**ECUADOR NEWS** | **INF**



que la relación sea a largo plazo.

¿Sabemos que la presentación que se ha estado distribuyendo aquí, es hecha en el Bronx, probablemente sin los controles de higiene y calidad necesarios. Van a demandar?

Estamos ya en un juicio en la Corte Superior de Nueva York, desde mediados del año pasado en la cual estamos reclamando nuestro bien ganado prestigio y los derechos de haber registrado la marca en 1984. Nosotros hemos trabajado correctamente y si alguien hubiera querido trabajar con nosotros, solo nos hubiera contactado, llegar a un acuerdo con nosotros, para que le diéramos la autorización, y quizás hubiéramos dado el permiso, pero a escondidas o tratando de hacernos daño, no es correcto. No se puede usar la imagen de un producto y buscar un sabor similar. Ese es el problema, el engaño.

¿Luego de todo ese tiempo de que el emigrante ha consumido este producto falso y llega el verdadero... No habrá problema de aceptación?

Es por eso que estamos haciendo la denuncia pública, para que el consumidor no se siga engañando, consumiendo un producto que no está cubierto por las leyes, para explicar que nuestro producto está siendo usurpado, y los reto a que comparen el sabor. Hay diferencias en los diseños de los logos de las botellas, ellos están usando una presentación que nosotros abandonamos hace muchos años. Invitamos a los ecuatorianos a que no se dejen engañar. Ahora que por fin tenemos de respaldo a una empresa seria como Brooklyn Bottling Group que nos representa y nos distribuye, ahora sí queremos que quede claro que nosotros somos los dueños de la marca y del sabor, que lo comparen y se van a dar cuenta, pues nuestra fórmula es secreta y ha estado desde que se iniciaron las fábricas de refrescos en nuestra familia.

¿Para detener esta distribución del producto falso, han hablado con los dueños de negocios?

Sí, nosotros tenemos ya el juzgamiento final de este caso, del que vamos a salir victoriosos, y allí se estipula que las personas que distribuyan el producto falsificado, sean susceptibles a penas económicas y de cárcel; es más le podemos agregar un juicio, porque aparecería como cómplice del ilícito con perjuicio a la marca registrada.

¿En conclusión la mejor de las propuestas de ustedes es el sabor original de Tropical y Manzana?

Así es. La mejor defensa nuestra es el sabor original, y el hecho de dar la cara, y a quienes hacen el menjurje que maliciosamente han llamado como a nuestros productos, los responsabilizamos si algún problema pasa con la salud del consumidor, ya que nuestro producto sí cumple con todos los requerimientos de salud y permisos necesarios. Es el sabor original que viene del Ecuador, aquí lo que se agrega es el agua. Lo mismo se hace en Ecuador, donde tenemos cuatro embotelladoras: Quito, Guayaquil, Quevedo y Cuenca, y el sabor se lo hace solo en un sitio y se distribuye a las diferentes embotelladoras. Nosotros somos los dueños absolutos del sabor original y de la presentación, con el aval de Brooklyn Bottling Group of NY.

¿Ya el producto original está disponible aquí en los Estados Unidos?

Sí, lo pueden encontrar en las



El producto ya se enuncia en las tiendas

# ORME ESPECIAL

EDICION 454-NY. DEL ... 11 DE MARZO DEL 2008
WWW.ECUADORNEWS.NET



*Uno de los dueños de Brooklyn Bottling Group, el Sr. ... en nuestro periódico.*

principales cadenas alimenticias y supermercados del área Este de los Estados Unidos y Canadá, al entrar con Brooklyn Bottling, hemos tenido un recibimiento sólido y efectivo, por lo que desde nuestra entrada estamos triunfando en el mercado americano. Para la introducción de la versión light de los productos, vamos a esperar de dos a tres años, porque queremos esperar que se consolide, se haga una base de volumen que justifique la inversión en un producto que no tiene tanta salida, porque es alrededor de un 30% el consumo registrado de productos light en este país.

¿Cómo surgió esta asociación?

Surgió de una visita de amigos en común y luego con el pedido de Bob Miller para la representación, le pedimos una hoja de vida de la compañía y vine a conocer la embotelladora, en donde también hacen el mismo proceso con Postobón y otras sodas, primero fui a Miami en donde pertenecen a Iberia Foods, y allí vi la posibilidad de que seríamos grandes aliados en la comercialización de Tropical y Manzana. Y se firmó el negocio. A Bob Miller lo convenció el sabor, que lo probó en sus viajes hechos a Ecuador.

Su saludo para nuestros lectores y en general para la comunidad ecuatoriana

Reciban un fraterno saludo, de Sergio Vinueza Estrada, este compatriota ecuatoriano, nacido en Guayaquil, hemos sido propietarios de la marca Tropical y Manzana desde su creación, mi abuelo Víctor Emilio Estrada empezó en el negocio de las gaseosas con la Coca Cola en el año 1940, y después de algunos años de tener esta licencia, en el año 1952, se hizo la fórmula para saborizar lo que sería Tropical y Manzana, y ... hemos ... espectacularmente y ahora hemos dado el paso más importante, ya que somos el único refresco gaseoso auténticamente ecuatoriano, pues la Fioravanti fue vendida a la Coca Cola en 1991. Es para mí un honor llevar la bandera del refrescante sabor de Tropical y Manzana ... de muy poco, ... un convenio ... embotelladora ... Italia, España, Francia; ... va a estar en cinco ... convertirse en una ... que parte de ... al mundo, y seguiremos ... el resto del mundo ... nuestra marca y así continuaremos.



*Sergio Vinueza de la fábrica en Ecuador, Bob Miller... de Brooklyn Bottling Group.*



*...iendas Walmart*



*Una de las embotelladoras de Tropical y Manzana en Ecuador*