Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2008-04-09 13:57:51 ET

**Serial Number:** 73489879  Assignment Information          Trademark Document Retrieval

**Registration Number:** 1474395

**Mark (words only):** TROPICAL PURO SABOR NACIONAL

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2007-08-29

**Filing Date:** 1984-07-16

**Transformed into a National Application:** No

**Registration Date:** 1988-01-26

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at **TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 830 -Post Registration

**Date In Location:** 2007-08-29

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. BROOKLYN BOTTLING OF MILTON, NY, INC.

**Address:**
BROOKLYN BOTTLING OF MILTON, NY, INC.
1900 LINDEN BLVD.
BROOKLYN, NY 11207
United States
**Legal Entity Type:** Corporation

**State or Country of Incorporation:** New York

## GOODS AND/OR SERVICES

**International Class:** 032
**Class Status:** Active
SOFT DRINKS AND FLAVORED SYRUPS USED IN THE PREPARATION OF MAKING SOFT DRINKS
**Basis:** 1(a)
**First Use Date:** 1966-04-19
**First Use in Commerce Date:** 1966-04-19

## ADDITIONAL INFORMATION

**Disclaimer:** "PURO SABOR"

**Translation:** THE ENGLISH TRANSLATION OF THE WORDS "PURO SABOR NACIONAL" MEANS "TRUE NATIONAL FLAVOR" OR "REAL NATIONAL FLAVOR".

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2008-02-20 - Automatic Update Of Assignment Of Ownership

2007-08-29 - First renewal 10 year

2007-08-29 - Section 8 (10-year) accepted/ Section 9 granted

2007-08-16 - Assigned To Paralegal

2007-07-30 - Combined Section 8 (10-year)/Section 9 filed

2007-07-30 - TEAS Section 8 & 9 Received

2007-05-03 - Case File In TICRS

2006-12-15 - Attorney Revoked And/Or Appointed

2006-12-15 - TEAS Revoke/Appoint Attorney Received

2006-12-13 - Automatic Update Of Assignment Of Ownership

1994-05-23 - Section 8 (6-year) accepted & Section 15 acknowledged

1994-04-22 - Response received for Post Registration action

1994-03-09 - Post Registration action mailed Section 8 & 15

1994-01-07 - Response received for Post Registration action

1993-11-23 - Post Registration action mailed Section 8 & 15

1993-07-15 - Section 8 (6-year) and Section 15 Filed

1988-01-26 - Registered - Principal Register

1987-11-03 - Published for opposition

1987-10-02 - Notice of publication

1987-08-21 - Approved for Pub - Principal Register (Initial exam)

1987-06-08 - Communication received from applicant

1987-07-24 - Non-final action mailed

1987-07-22 - Allowance/count withdrawn

1986-12-16 - Examiner's amendment mailed

1986-06-05 - Non-final action mailed

1986-03-05 - Communication received from applicant

1985-09-10 - Non-final action mailed

1985-01-25 - Non-final action mailed

1985-01-15 - Assigned To Examiner

1984-12-04 - Assigned To Examiner

# ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**

Laurel V. Dineff

**Correspondent**

Laurel V. Dineff
TMLAW Associates
7646 West 63rd Street
Summit IL 60501
Phone Number: 708-458-7200
Fax Number: 708-458-7300

**Domestic Representative**

Laurel V. Dineff
Phone Number: 708-458-7200
Fax Number: 708-458-7300