


### United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Assignments on the Web** > Trademark Query

# Trademark Assignment Abstract of Title

## Total Assignments: 3

| | | |
|---|---|---|
| **Serial #:** 73489879 | **Filing Dt:** 07/16/1984 | **Reg #:** 1474395 | **Reg. Dt:** 01/26/1988 |
| **Registrant:** BANCO DEL PACIFICO S.A. | | |
| **Mark:** TROPICAL PURO SABOR NACIONAL | | |

### Assignment: 1

**Reel/Frame:** 0615/0358    **Received:**    **Recorded:** 08/09/1988    **Pages:** 1

**Conveyance:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

**Assignor:**
BANCO DEL PACIFICO, S.A.

**Exec Dt:** 07/15/1988
**Entity Type:** UNKNOWN
**Citizenship:** NONE

**Assignee:**
BALORU INTERNATIONAL, INC.

**Entity Type:** UNKNOWN
**Citizenship:** NONE

**Correspondent:** VALDES-FAULI, COBB & PETREY
SUITE 3400 - ONE BISCAYNE TOWER
2 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131-1897

### Assignment: 2

**Reel/Frame:** 3442/0298    **Received:** 12/12/2006    **Recorded:** 12/12/2006    **Pages:** 3

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:**
BALORU INTERNATIONAL INC.

**Exec Dt:** 11/24/2006
**Entity Type:** CORPORATION
**Citizenship:** FLORIDA

**Assignee:**
ROYAL SIGNATURE INC.
AVENIDA BALBOA, CENTRO COMERCIAL PLAZA PAITILLA
OFICINA 61 A, PRIMER ALTO
PANAMA, PANAMA

**Entity Type:** CORPORATION
**Citizenship:** PANAMA

**Correspondent:** LAUREL V. DINEFF
160 NORTH WACKER DRIVE
CHICAGO, IL 60606

**Domestic rep:** LAUREL V. DINEFF
160 NORTH WACKER DRIVE
CHICAGO, IL 60606

### Assignment: 3

| | | | |
|---|---|---|---|
| **Reel/Frame:** | 3721/0531 | **Received:** 02/15/2008 | **Recorded:** 02/15/2008 | **Pages:** 3 |

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:**

ROYAZ SIGNATURE INC.

**Exec Dt:** 02/11/2008
**Entity Type:** CORPORATION
**Citizenship:** FLORIDA

**Assignee:** BROOKLYN BOTTLING OF MILTON, NY, INC.
1900 LINDEN BLVD.
BROOKLYN, NEW YORK 11207

**Entity Type:** CORPORATION
**Citizenship:** NEW YORK

**Correspondent:** JAZOBSON + LOLFIN, PC
JEFFREY & JAZOBSON
60 MADISON AVE, SUITE 1026
NEW YORK, NY 10010

Search Results as of: 04/09/2008 01:55 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| **HOME** | **INDEX** | **SEARCH** | *e*BUSINESS | **CONTACT US** | **PRIVACY STATEMENT**