Jeffrey E. Jacobson (JEJ 1199)
Bruce E. Colfin (BEC 5815)
Jacobson & Colfin, P.C.
60 Madison Avenue, Suite 1026
New York, NY 10010
(212) 691-5630
Attorneys for Plaintiff
Brooklyn Bottling of Milton, New York, Inc.,

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
BROOKLYN BOTTLING OF MILTON,       :
NEW YORK, INC.,                    :
                   Plaintiff,      : 07 CIV 08483 (AKH)
                                   :
                                   :    RULE 7.1 Statement
                                   :
          -against-                :
                                   :
                                   :
ECUABEVERAGE, CORP.                :
                   Defendant.      :
-----------------------------------X
```

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Brooklyn Bottling of Milton, New York, Inc., certifies that Plaintiff has no corporate parent, and that no publicly held corporation owns 10% or more of any stock in Plaintiff Brooklyn Bottling of Milton, New York, Inc.,

Dated: April 22, 2008
    New York, NY                                    JACOBSON & COLFIN, P.C.

                                                                                   By:_____
                                                                                   Jeffrey E. Jacobson (JEJ 1199)
                                                                                  Bruce E. Colfin (BEC 5815)
                                                                                  Attorneys for Defendant CONSOLO
                                                                                  60 Madison Avenue, #1026
                                                                                  New York, NY 10010
                                                                                  Tel. (212) 691-5630

CLI/lit/BKRule71.sta