at&t

[Print] [Close]

> From: jeffrey@thefirm.com
> To: EDSchindler@att.net
> Cc: bruce@thefirm.com
> Subject: Re: E-Mail Service of Ecuabeverage's Rule 11 Motion for Sanctions (April 15, 2008)
> Date: Tue, 15 Apr 2008 18:13:28 +0000
>
> thank you
> will review and discuss
> All the best
> Jeffrey
> Jeffrey E. Jacobson, Esq.
> Jacobson & Colfin, P.C.
> Attorneys
> www.thefirm.com
> www.myspace.com/thefirmonline
> 60 Madison Avenue
> 10th Floor
> New York, NY 10010
> 212 691 5630
>
> -----Original Message-----
> **From:** EDSchindler@att.net [mailto:EDSchindler@att.net]
> **Sent:** Tuesday, April 15, 2008 02:10 PM
> **To:** jeffrey@thefirm.com
> **Cc:** bruce@thefirm.com
> **Subject:** E-Mail Service of Ecuabeverage's Rule 11 Motion for Sanctions (April 15, 2008)
>
> Jeffrey,
>
> On behalf of Defendant Ecuabeverage Corporation, attached to this e-mail, is a complete copy of *Defendant Ecuabeverage Corporation's Motion for Sanctions, Pursuant to Fed.R.Civ.P. 11*, along with all supporting papers and exhibits.
>
> **Ecuabeverage's Rule 11 Motion for Sanctions has NOT been filed with the Court at this time!**
>
> Brooklyn Bottling's claims for federal trademark infringement under 15 U.S.C. §1114 (Counts I and II of the *Amended Complaint*), and its related claim for "prohibited imporation" under 19 U.S.C. §1526 (Count VI of the *Amended Complaint*), which necessarily requires a finding of liability against Ecuabeverage for allegedly infringing the registered trademark, "TROPICAL PURO SABOR NACIONAL," are factually baseless and legally frivolous, as explained in Ecuabeverage's *Motion for Partial Summary Judgment on Counts I, II and VI of the Amended Complaint*, which has now been fully briefed, and in the attached *Motion for Sanctions, Pursuant to Fed.R.Civ.P. 11*.
>
> In accordance with Federal Rule of Civil Procedure 11, Ecuabeverage's Rule 11 motion has not been filed with the Court at this time, but will be filed after 21 days, **unless Brooklyn Bottling files a Notice with the Court unconditionally withdrawing, or dismissing, Counts I, II and VI of the Amended Complaint, with prejudice.**
>
> A complete copy of Ecuabeverage's *Motion for Sanctions, Pursuant to Fed.R.Civ.P. 11*, is also being sent via First Class Mail to you on this date.
>
> Sincerely,
>
> Ed Schindler

**EXHIBIT 1**