

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BROOKLYN BOTTLING OF MILTON, :
NEW YORK, INC.
                                    :
     Plaintiff,
                                    :     Civil Action No.
     -v.-
                                    :     07-CV-08483-AKH
ECUABEVERAGE CORPORATION,
                                    :
     Defendant,
                                    :

---





### DEFENDANT ECUABEVERAGE CORPORATION'S MOTION, ON CONSENT, FOR EXTENDING PLAINTIFF BROOKLYN BOTTLING OF MILTON, NEW YORK, INC.'S TIME FOR FILING A RESPONSE ON ECUABEVERAGE'S MOTION FOR SANCTIONS, PURSUANT TO FED.R.CIV.P. 11

Defendant Ecuabeverage Corporation ("Ecuabeverage") hereby moves, on consent and at the request of opposing counsel, for an Order extending Plaintiff Brooklyn Bottling of Milton, New York, Inc.'s time for filing a Response to Ecuabeverage's *Motion for Sanctions, Pursuant to Fed.R.Civ.P. 11*, filed May 7, 2008, (Docket Entry

So ordered
5-13-08
[signature]

-1-

# 34), until, and including, **June 20, 2008**, so that the parties may explore possible avenues for settlement of this action.

                                    Respectfully submitted,

                                    ECUABEVERAGE CORPORATION

Dated: May 7, 2008              By _/s/ Edwin D. Schindler_
                                    Edwin D. Schindler (ES-7882)
                                    *Attorney for Defendant*
                                    Five Hirsch Avenue
                                    P. O. Box 966
                                    Coram, New York  11727-0966

                                    *Telephone*: (631)474-5373
                                    *Fax*: (631)474-5374
                                    *E-Mail*: EDSchindler@worldnet.att.net
                                                   EDSchindler@optonline.net

## CERTIFICATE OF SERVICE

I, EDWIN D. SCHINDLER, attorney for Defendant Ecuabeverage Corporation., hereby certify that I served a complete copy of *Defendant Ecuabeverage Corporation's Motion, on Consent, for Extending Plaintiff Brooklyn Bottling of Milton, New York, Inc's Time for Filing a Response on Ecuabeverage's Motion for Sanction, Pursuant to Fed.R.Civ.P. 11*, upon the following counsel for Plaintiff Brooklyn Bottling of Milton, New York, Inc., via First-Class Mail, postage pre-paid:

Jeffrey E. Jacobson
Bruce E. Colfin
JACOBSON & COLFIN, P.C.
60 Madison Avenue, Suite 1026
New York, New York  10010

and

via E-Mail at:

jeffrey@thefirm.com

bruce@thefirm.com

on May 7, 2008.

Edwin D. Schindler (ES-7882)
*Attorney for Defendant*