

## Nutrition Facts

Serving Size 10 fl. oz. (300mL)
Servings Per Container 1

**Amount Per Serving**

**Calories** 200    Calories from Fat 0

| | % Daily Value* |
|---|---|
| **Total Fat** 0g | 0% |
| **Cholesterol** 0mg | 0% |
| **Sodium** 15mg | 1% |
| **Total Carbohydrate** 48g | 16% |
| Dietary Fiber 0g | 0% |
| Sugars 48g | |
| **Protein** 0g | |

| Vitamin A 0% | • | Vitamin C 0% |
|---|---|---|
| Calcium 0% | • | Iron 0% |

*Percent Daily Values are based on a 2,000 calorie diet.

NET WT. 10 FL. OZ. (300mL)

6 88953 10001 7

### TROPICAL
STRAWBERRY FLAVORED SODA

INGREDIENTS: Carbonated Water, High Fructose Corn Syrup, Sodium Benzoate (A Preservative), Artificial Flavor and FD&C Red #40.

CA REDEMPTION VALUE
OR, IA, DE, ME, VT, CT, MA, NY, REFUND 5¢, MI 10¢ REFUND, OTHER STATES NO DEPOSIT

IMPORTED AND DISTRIBUTED BY:
ECUABEVERAGE CORPORATION
BRONX, N.Y. 10474
718-860-3256

PRODUCT OF ECUADOR