# Jacobson & Colfin, P.C.
## Attorneys at Law

Jeffrey E. Jacobson*
Bruce E. Colfin

Bonnie L. Mohr**
Of Counsel:

* Also Member of D.C. Bar
** Also Member of N.J. Bar

60 Madison Avenue
Suite #1026
New York, N.Y. 10010

(212) 691-5630
Fax: (212) 645-5038
www.thefirm.com
email: thefirm@thefirm.com

July 28, 2008



RECEIVED JUL 28 2008 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.

*The argument is adjourned to August 20, 2008 at 4 p.m.*
*7-28-08*
*AKH*

Hon. Alvin K. Hellerstein
U.S. District Court Judge
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Via Fax: 212-805-7942

Re: Brooklyn Bottling of Milton, New York, Inc. v. Ecuabeverage, Corp.
07 Civ. 8483(AKH)

Dear Hon. Judge Hellerstein:

    Oral argument for Partial Summary Judgement is currently scheduled for 3 p.m. Thursday July 31, 2008. We hereby request an adjournment in order that I may attend my cousin's son's Bris.

    This is the original date set by Your Honor. No previous request for an adjournment or extension of this argument have been made. My adversary has consented to this request for an adjournment.

    If possible, anytime on Thursday August 14 would be fine or such time Your Honor may deem appropriate.

Sincerely Yours,
Jacobson & Colfin, P.C.
Jeffrey E. Jacobson

cc: Edwin Shindler, Esq.
    Via Fax: 631-474-5374

JEJ ajh
HellersteinJ6728