UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
BROOKLYN BOTTLING OF MILTON, NEW      :
YORK, INC.,                                                        :
                                                                   :  **SUMMARY ORDER**
                                                                   :
                                      Plaintiff,                   :  07 Civ. 8483 (AKH)
        -against-                                                  :
                                                                   :
ECUABEVERAGE CORP.,                                                :
                                                                   :
                                      Defendant.                   :
                                                                   :
------------------------------------------------------------------ x
ALVIN K. HELLERSTEIN, U.S.D.J.:

        Defendant Ecuabeverage Corp. moves for partial summary judgment on Counts I, II, and VI of plaintiff's Amended Complaint, pursuant to Fed. R. Civ. P. 56(e). Counts I and II are plaintiff's trademark infringement claims under the Lanham Act, 15 U.S.C. § 1114. Count VI is plaintiff's prohibited importation claim under the 1930 Tariff Act, 19 U.S.C. § 1526. On September 3, 2008, the parties appeared before me for oral argument. For the reasons stated on the record, the motion is denied. The Clerk shall mark the motion (Doc. #18) as terminated.

        Defendant's motion for sanctions is also denied. The Clerk shall mark the motion (Doc. #34) as terminated.

        The parties are directed to submit a letter to the Court, pursuant to my Individual Rule 2(e), proposing a date for a status conference before the Court within 30 days after the close of discovery.

        SO ORDERED.

Dated:    September 4, 2008
              New York, New York           ALVIN K. HELLERSTEIN
                                                United States District Judge